**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1  Christopher S. Marchese (SBN 170239)
   marchese@fr.com
2  FISH & RICHARDSON P.C.
   633 West Fifth Street, 26th Floor
3  Los Angeles, CA 90071
   Tel: (213) 533-4240 / Fax: (858) 678-5099
4
5  Seth M. Sproul (SBN 217711)
   sproul@fr.com
6  John W. Thornburgh (SBN 154627)
   thornburgh@fr.com
7  Tucker N. Terhufen (SBN 311038)
   terhufen@fr.com
8  FISH & RICHARDSON P.C.
   12860 El Camino Real, Suite 400
9  San Diego, CA 92130
   Tel: (858) 678-5070 / Fax: (858) 678-5099
10
11
12 Joy B. Kete *(pro hac vice)*
   kete@fr.com
13 Fish & Richardson P.C.
   One Marina Park
14 Boston, MA 02210
   Tel: 617-542-5070 / Fax: 617-542-8906
15
16 Attorneys for Defendant Apple Inc.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 8:19-cv-1805-DOC-JDE<br><br>**DECLARATION OF JEREMY COOPERSTOCK, PH.D. IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:　November 17, 2020<br>Hearing Time:　7:30 a.m.<br>Courtroom:　　9 D<br>Judge:　　　　Hon. David O. Carter |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

## I.  INTRODUCTION

1. My name is Dr. Jeremy Cooperstock. I have been retained by Fish & Richardson P.C. on behalf of Defendant Apple Inc. ("Apple") in the above-captioned matter to provide my opinions regarding the operation of the AirPods source code.

2. I understand that Plaintiff Pinn Inc. ("Pinn") asserts that Apple's AirPods (1st and 2nd Gen.) and AirPods Pros (collectively, "Accused Products" or "AirPods") infringe certain claims of three Pinn patents: U.S Patent Nos. 9,807,491 ("'491 patent"), 10,455,066 ("'066 patent"), and 10,609,198 ("'198 patent") (the "Asserted Patents").

3. I have submitted expert reports in this case regarding the operation of Apple's source code, including the source code for the Accused Products. The substance of this declaration comes from my expert reports.

4. In this declaration, I provide my opinions regarding the operation of source code and firmware that operates on Apple's AirPods. Specifically, I analyzed the operation of the AirPods as it pertains to pairing the AirPods with a smartphone and turning off the Bluetooth radios of the AirPods. I also analyzed whether there is any connection in the source code between pairing, turning on or off Bluetooth radios, and the AirPods case supplying power to the AirPods earbuds.

5. This declaration sets forth the basis and reasons for my opinions from the perspective of an expert in the field of source code analysis. This declaration is based on information available and known to me as of the date of this declaration. The information considered in providing this declaration includes all of the materials I considered in drafting my experts reports in this matter. This information includes an interview with Rob Watson, the firmware engineer who wrote the firmware for the AirPods. Mr. Watson confirmed my findings. I have also reviewed the source code produced by Apple in this case. Finally, I reviewed the expert reports of Dr. Thomas Rhyne and Ms. Julie Workman and their depositions given in this matter.

6. It may be necessary for me to supplement this declaration based on

REDACTED VERSION OF DOCUMENT PROPOSED TO
BE FILED UNDER SEAL

1  material that subsequently comes to light in this case, and I reserve the right to do so.

2  7. I am being compensated at a rate of $400 per hour for my time spent working on this case. My compensation is not affected by the outcome of this case.

8. I am a professor in the Department of Electrical and Computer Engineering at McGill University.

9. I received my B.Sc. in Electrical Engineering from the University of British Columbia, my M.Sc. in Computer Science from the University of Toronto in 1992, and my Ph.D. in Electrical and Computer Engineering from the University of Toronto in 1996.

10. I am a member of the Centre for Intelligent Machines, and a founding member of the Centre for Interdisciplinary Research in Music Media and Technology at McGill University. I also direct the Shared Reality Lab at McGill, which focuses on computer mediation to facilitate high-fidelity human communication and the synthesis of perceptually engaging, multimodal, immersive environments. I led the development of the Intelligent Classroom, the world's first Internet streaming demonstrations of Dolby Digital 5.1, multiple simultaneous streams of uncompressed high-definition video, a high-fidelity orchestra rehearsal simulator, a simulation environment that renders graphic, audio, and vibrotactile effects in response to footsteps, and a mobile game treatment for amblyopia.

11. My work on the Ultra-Videoconferencing system was recognized by an award for Most Innovative Use of New Technology from ACM/IEEE Supercomputing and a Distinction Award from the Audio Engineering Society. The research I supervised on the Autour project earned the Hochhausen Research Award from the Canadian National Institute for the Blind and an Impact Award from the Canadian Internet Registry Association, and my Real-Time Emergency Response project won the Gold Prize (brainstorm round) of the Mozilla Ignite Challenge.

12. I have worked with IBM at the Haifa Research Center, Israel, and the Watson Research Center in Yorktown Heights, New York, the Sony Computer

REDACTED VERSION OF DOCUMENT PROPOSED TO
BE FILED UNDER SEAL

Science Laboratory in Tokyo, Japan, and was a visiting professor at Bang & Olufsen, Denmark, where I conducted research on telepresence technologies as part of the World Opera Project. I led the theme of Enabling Technologies for a Networks of Centres of Excellence on Graphics, Animation, and New Media (GRAND) and I am an associate editor of the Journal of the AES.

13. I have carried out significant research involving network communication protocols, including wireless communication employing IEEE 802.11 (WiFi) and IEEE 802.15 (Bluetooth). My experience in these areas includes development of the Adaptive File Distribution Protocol (AFDP, 1995), analysis of the tradeoffs between bandwidth, power demands, and latency for audio streaming over WiFi, Bluetooth, and ultra-wideband protocols (2007), and assessment of the performance and scalability of wireless audio streaming for applications requiring latency-optimized multimedia streaming (2008). I have led all aspects of development and experimentation in the Autour project (2009-2016), for which Bluetooth is typically used as a communication layer for audio between the user's smartphone and a wireless headset, or, experimentally, to transmit user input acquired from a wireless game controller. I am currently leading a research project (MIMIC), which communicates sensor data between two coupled smartwatches using Bluetooth for local communication between the smartwatches and their peered smartphones, and the public Internet between the smartphones. I am also leading a project that uses both Bluetooth and WiFi communication between smartphones, a GPU-based physics engine, and a microelectronics architecture that renders vibrotactile effects on mobile footwear.

14. I am an expert in source code analysis. In addition to having been called as an expert witness to carry out source code analysis in a software-related intellectual property dispute, I have analyzed tens of thousands of lines of code written by third parties, and written tens of thousands of lines of code of my own in a variety of

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

computer languages including Basic, 6502 Assembly, Fortran, Pascal, Modula, C, Turing, Perl, Java, and Python.

15. My experience in academic and practical situations as well as my hands-on experience with wireless communication systems such as Bluetooth systems provides me with an appreciation of the technology involved with the Asserted Patents.

16. My opinions, as explained below, are based on my education, experience, and background in the fields discussed above. I am an expert in source code analysis in this field.

## II. OPINIONS

17. [REDACTED]

18. [REDACTED]



19. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

21. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

22. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**REDACTED VERSION OF DOCUMENT PROPOSED TO
BE FILED UNDER SEAL**

1  ████████████████████████████████████████████
2  ██████████████████████████
3      23. ██████████████████████████████████
4  ████████████████████████████████████████████
5  ████████████████████████████████████████████
6  ████████████████████████████████████████████
7  ████████████████████████████████████████████
8  ████████████████████████████████████████████
9  █████

**REDACTED VERSION OF DOCUMENT PROPOSED TO  
BE FILED UNDER SEAL**

1  I declare under the penalty of perjury of the laws of the United States of
2  America that the foregoing is true and correct. Executed on October 5, 2020, in
3  Westmount, Quebec, Canada.

By: _____
Jeremy Cooperstock

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 5, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Christopher S. Marchese
Christopher S. Marchese