# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA 19-CV-1805-DOC-JDE						Date: November 24, 2020

Title: PINN, INC. V. APPLE INC.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** ORDER GRANTING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [214], DENYING DEFENDANT'S MOTION TO STRIKE [200], GRANTING IN PART DEFENDANT'S DAUBERT MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY OF STEPHEN MAGEE, PH.D. AND KEIKO HIKINO [205], GRANTING IN PART DEFENDANT'S DAUBERT MOTION TO EXCLUDE OPINION TESTIMONY OF JUSTIN PETRO [208], GRANTING IN PART PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [213, 226], AND DENYING PLAINTIFF'S DAUBERT MOTION AND MOTION TO STRIKE [203, 225].

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Before the Court are Apple Inc.'s ("Apple" or "Defendant") Motion for Summary Judgment (Dkt. 214), Apple's Motion to Strike Undisclosed Infringement Theories and Evidence (Dkt. 200), Apple's *Daubert* Motion to Exclude Certain Opinion Testimony of Stephen P. Magee, Ph.D. and Keiko Hikino (Dkt. 205), Apple's *Daubert* Motion to Exclude Certain Opinion Testimony of Justin Petro (Dkt. 208), Pinn's Motion for Partial Summary Judgment (Dkts. 213, 226) and Pinn's *Daubert* Motion and Motion to Strike (Dkts. 203, 225). The Court reviewed the parties' written arguments and also heard oral arguments at the November 17–18, 2020 hearing on these motions. The Court explained its analysis on the record during the hearing.

I. Dispositions

| Motion | Disposition |
|---|---|
| [Dkt. 214] **Apple's Motion for Summary Judgment** | **GRANTED as to: (1) non-infringement of Claim 1 of the '491 Patent, Claim 21 of the '066 Patent, and Claim 12 of the '198 Patent; (2) pre-suit damages**; **and (3) pre-issuance damages for the '066 Patent and the '198 Patent;** <br><br>**otherwise DENIED**[1] |
| [Dkt. 200] **Apple's Motion to Strike Undisclosed Infringement Theories and Evidence** | **DENIED** |

---

[1] At the November 17–18, 2020 hearing, the Court deferred ruling on Defendant Apple Inc.'s motion for summary judgment as to willfulness. The Court's analysis for denying Apple's motion as to willfulness will be set forth by the Court in a separate written Order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| **[Dkt. 205] Apple's** *Daubert* Motion to Exclude Certain Opinion Testimony of Stephen P. Magee, Ph.D. and Keiko Hikino | **GRANTED as to: (1) Pinn's experts' use of 6.3% in an attempt to apportion the value of the patented invention from the value of other technologies and features of the accused products; (2) Apple's valuation (such as Apple's market capitalization); and (3) any implication by Pinn's experts that Apple systematically operates to deprive small inventors of their patent rights**; <br><br> otherwise **DENIED** |
| **[Dkt. 208] Apple's** *Daubert* Motion to Exclude Certain Opinion Testimony of Justin Petro | **GRANTED as to product reviews**; <br><br> otherwise **DENIED** |
| **[Dkts. 213, 226] Pinn's** Motion for Partial Summary Judgment | **GRANTED as to patent misuse**; <br><br> otherwise **DENIED** |
| **[Dkts. 203, 225] Pinn's** *Daubert* Motion and Motion to Strike | **DENIED AS MOOT regarding Mr. Terry Tikalsky and the 2007 Bluetooth Headset source code;**[2] <br><br> **otherwise DENIED** |

MINUTES FORM 11　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: kd
CIVIL-GEN

---

[2] As to Mr. Terry Tikalsky and the 2007 Bluetooth Headset source code, the parties reached agreement during the hearing on November 18, 2020, regarding a process for Apple to seek authentication of the source code. The Court directed the parties to seek leave of Court to reopen discovery for this limited purpose if appropriate. (*See* Dkt. 306, Nov. 19, 2020 Text-Only Order.)