REDACTED VERSION OF DOCUMENT TO BE FILED UNDER SEAL

RYAN E. HATCH
ryan@ryanehatch.com
California Bar No. 235577
**LAW OFFICE OF RYAN E. HATCH, P.C.**
13323 Washington Blvd., Ste. 100
Los Angeles, CA 90066
Tel: (310) 279-5079 / Fax: (310) 693-5328

DAVID A. SKEELS (admitted *pro hac vice*)
dskeels@whitakerchalk.com
Texas Bar No. 24041925
**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**
301 Commerce St., Ste. 3500
Ft. Worth, TX 76102
Tel: (817) 878-0500 / Fax: (817) 878-0501

CABRACH J. CONNOR (admitted *pro hac vice*)
cab@connorkudlaclee.com
Texas Bar No. 24036390
**CONNOR KUDLAC LEE PLLC**
609 Castle Ridge Rd., Ste. 450
Austin, TX 78746
Tel: (512) 777-1254 / Fax: (888) 387-1134
*Attorneys for Plaintiff PINN, INC.*

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| PINN, INC.,<br>        Plaintiff,<br>v.<br>APPLE INC.,<br>        Defendant. | **Case No. 8:19-cv-1805-DOC-JDE**<br><br>**PLAINTIFF'S PROPOSED UNDISPUTED FACTS TO BE READ OR PROVIDED TO THE JURY**<br><br>District Judge: Hon. David O. Carter<br>Magistrate Judge: John D. Early<br>Tech. Special Master: David Keyzer<br>Trial Date: January 26, 2021 |

# EXHIBIT A

Case No. 8:19-cv-1805-DOC-JDE