UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| **Case No.** SA CV 19-01805-DOC (JDEx) | **Date:** June 16, 2021 |
| **Title** PINN v. APPLE, INC. | |

**Present: The Honorable:** DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Debbie Gale |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| Ryan E Hatch | Christopher S Marchese |
| Cabrach J Connor | Seth M. Sproul |
| David A Skeels | Tucker Nephi Terhufen |
| Jennifer A Tatum Lee | Joy B Kete |
| | John W Thornburgh |

**PROCEEDINGS: FINAL PRETRIAL CONFERENCE**

Deft Apple Inc's MIL #1-5 to Exclude Certain Argument and Evidence Related to Apple Inc. [340]
Deft Apple Inc's MIL #6-10 to Exclude Irrelevant Miscellaneous Evidence [341]
Deft Apple Inc.'s MILs #11-15 to Exclude Argument, Evidence or Questions Related to Certain Revenue, Agreements and Pricing [339] [369]
Pltf's MIL to Exclude Certain Evidence and Argument [345]
Deft Apple Inc.'s objections to Technical Special Master Supplemental Report and Recommendation on Claim Construction [427]
Pltf's objections to Technical Special Master Supplemental Report and Recommendation on Claim Construction [428]
Deft Apple Inc.'s objections to Technical Special Master Report and Recommendation on Motions in Limine [432]
Pltf's objections to Technical Special Master Report and Recommendation on Motions in Limine [434]

The case is called and counsel state their appearances.
The Court and counsel confer.
The Pretrial Conference is continued to June 17, 2021 at 8:00 AM.

5:10

**Initials of Preparer** kdu