UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| **Case No.** SA CV 19-01805-DOC-(JDEx) | **Date:** June 17, 2021 |
| **Title** PINN, INC. V. APPLE INC. | |

**Present: The Honorable:** DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Debbie Gale / Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| Ryan E Hatch | Christopher S Marchese |
| Cabrach J Connor | Seth M. Sproul |
| David A Skeels | Tucker Nephi Terhufen |
| Jennifer A Tatum Lee | Joy B Kete |
| | John W Thornburgh |

**PROCEEDINGS:  FINAL PRETRIAL CONFERENCE and MILS (Held and Completed)**

    Case called.  Court and counsel confer regarding the Motions in Limine and Final Pretrial Conference.  The Court hears argument from counsel.  The Court makes rulings and sets deadlines as stated on the record.  The Court's order will issue regarding the Motions in Limine.

1: 15

**Initials of Preparer**  kd