1  Christopher S. Marchese (SBN 170239)
   marchese@fr.com
2  FISH & RICHARDSON P.C.
3  633 West Fifth Street, 26th Floor
   Los Angeles, CA 90071
4  Tel: (213) 533-4240 / Fax: (858) 678-5099

5  Seth M. Sproul (SBN 217711)
   sproul@fr.com
6  John W. Thornburgh (SBN 154627)
7  thornburgh@fr.com
   FISH & RICHARDSON P.C.
8  12860 El Camino Real, Suite 400
   San Diego, CA 92130
9  Tel: (858) 678-5070 / Fax: (858) 678-5099

10 Joy B. Kete *(pro hac vice)*
11 kete@fr.com
   FISH & RICHARDSON P.C.
12 One Marina Park
   Boston, MA 02210
13 Tel: 617-542-5070 / Fax: 617-542-8906

14 Attorneys for Defendant Apple Inc.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>APPLE INC.,<br><br>   Defendant. | Case No. 8:19-cv-1805-DOC-JDE<br><br>**NOTICE OF WITHDRAWAL OF TUCKER N. TERHUFEN AS COUNSEL ON BEHALF OF DEFENDANT APPLE INC.**<br><br>District Judge: Hon. David O. Carter<br>Magistrate Judge: John D. Early |

1   TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that Defendant Apple Inc. ("Apple") respectfully
3   requests that the Clerk of this Court remove Tucker N. Terhufen of Fish &
4   Richardson P.C. as attorney of record in the above-titled matter, and further requests
5   that Mr. Terhufen be removed from the ECF service list.  The law firm of Fish &
6   Richardson P.C. will continue to represent Apple in this matter.

8   Dated:  October 29, 2021                FISH & RICHARDSON P.C.

10                                          By: */s/ Christopher S. Marchese*

11                                          Christopher S. Marchese (SBN 170239)
                                            marchese@fr.com
12                                          633 West Fifth Street, 26th Floor
                                            Los Angeles, CA 90071
13                                          Tel: (213) 533-4240
14                                          Fax: (858) 678-5099

15                                          Seth M. Sproul (SBN 217711)
                                            sproul@fr.com
16                                          John W. Thornburgh (SBN 154627)
                                            thornburgh@fr.com
17                                          FISH & RICHARDSON P.C.
18                                          12860 El Camino Real, Suite 400
                                            San Diego, CA 92130
19                                          Tel: (858) 678-5070
                                            Fax: (858) 678-5099

21                                          Joy B. Kete *(pro hac vice)*
                                            kete@fr.com
22                                          Fish & Richardson P.C.
                                            One Marina Park
23                                          Boston, MA 02210
                                            Tel: 617-542-5070
24                                          Fax: 617-542-8906

25
                                            Attorneys for Defendant APPLE INC.
26

27

28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 29, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Christopher S. Marchese*
Christopher S. Marchese