1  DAVID KEYZER (SB# 248585)
   david@keyzerlaw.com
2  LAW OFFICE OF DAVID KEYZER, P.C.
   5170 Golden Foothill Parkway
3  El Dorado Hills, CA 95762
   Telephone: (916) 243-5259
4  Facsimile: (916) 404-0436

5

6

7

8                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
9                         SOUTHERN DIVISION

10 PINN, INC.,                    )
                                  )
11         Plaintiff,             ) Case No. 8:19-CV-01805-DOC-JDE
                                  )
12     v.                         ) Hon. David O. Carter
                                  )
13 APPLE INC.,                    )
                                  )
14         Defendant.             ) **NOTICE OF TECHNICAL**
                                  )
15                                ) **SPECIAL MASTER MINUTES**
                                  )
16                                )
                                  )
17                                )
                                  )
18

19      Pursuant to authority provided by the January 25, 2021 Second Amended Order

20 Appointing Technical Special Master (Dkt. No. 379), the Technical Special Master

1  attaches hereto the Technical Special Master minutes for the status conference conducted

2  by the Technical Special Master on December 27, 2021 pursuant to instructions received

3  from the Court on December 27, 2021.

Dated:   December 27, 2021            By:      /s/ David Keyzer

David Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Technical Special Master