DAVID KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC., | ) |
| | ) Case No. 8:19-CV-01805-DOC-JDE |
| Plaintiff, | ) Hon. David O. Carter |
| | ) |
| v. | ) |
| | ) **TECHNICAL SPECIAL MASTER** |
| APPLE INC., | ) |
| | ) **MINUTES** |
| Defendant. | ) |
| | ) |
| | ) |

Pursuant to authority provided by the January 25, 2021 Second Amended Order Appointing Technical Special Master (Dkt. No. 379), and pursuant to instructions received from the Court on December 27, 2021, the Technical Special Master conducted a status conference with counsel as follows:

| Attorneys Present for Plaintiff | Attorneys Present for Defendant | Reporter |
|---|---|---|
| Cabrach Connor<br>David Skeels | Christopher Marchese<br>Seth Sproul<br>Joy Kete | None |

A teleconference conducted by the Technical Special Master commenced at 1:03 P.M. Pacific Time.

With Defendant's counsel's permission, and with Plaintiff's counsel listening, the Technical Special Master read aloud the ex parte e-mail communication sent from Defendant's counsel to the Technical Special Master on December 27, 2021, as well as the response that the Technical Special Master sent to Defendant's counsel.

Defendant's counsel presented additional information regarding the issue raised in the communication. Plaintiff's counsel responded. At the request of the Technical Special Master, the parties conferred informally about the issue in the presence of the Technical Special Master. The parties agreed that the ex parte e-mail communication need not be made part of the record in the above-captioned case.

The teleconference concluded at 1:47 P.M. Pacific Time.

Dated: December 27, 2021        By: /s/ David Keyzer
                                    David Keyzer
                                    Technical Special Master