**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: <u>SA CV 19-01805-DOC-(JDEx)</u>          Date: <u>December 29, 2021</u>

Title:  <u>PINN, INC., v. APPLE INC.</u>

---

PRESENT:   <u>THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE</u>

|  |  |
|---|---|
| <u>Kelly Davis</u> | <u>Not Reported</u> |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| Cabrach Connor | Chris Marchese, Seth Sproul |

---

**PROCEEDINGS: STATUS CONFERENCE (Held via Teleconference)**

Special Master, David Keyzer also present.

Outside the presence of the court reporter, Court and counsel confer.

The parties jointly stipulate that they are prepared to move forward with the Jury Trial starting Tuesday, January 18, 2022, at 8:30 a.m. The parties agree to work in good faith to accommodate any legitimate witness requests relating to COVID-19 concerns, including the ability to appear by video if necessary. The parties will inform the Court of any further COVID-19 issues.

<u>          1          :          00          </u>
Initials of Deputy Clerk: kd