# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: SA CV 19-01805-DOC-(JDEx)                              Date: Janaury 19, 2022

Title:  PINN, INC., v. APPLE INC.

PRESENT:  THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Not Reported |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Cabrach Connor | Chris Marchese |
| Ryan E. Hatch | Seth Sproul |
| David A. Skeels | Joy Kete |

**PROCEEDINGS: STATUS CONFERENCE (Held via Teleconference)**

Special Master, David Keyzer also present.

Outside the presence of the court reporter, Court and counsel confer.

The Court continues the Jury trial to Tuesday, March 22, 2022, at 8:30 a.m.

The parties agree to work in good faith to accommodate any legitimate witness requests relating to COVID-19 concerns, including the ability to appear by video if necessary.

The parties will inform the Court of any further COVID-19 issue.

:    30

Initials of Deputy Clerk: kdu