UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SA CV 19-01805-DOC-JDE  Date: March 11, 2022

Title: PINN, INC. V. APPLE INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** ORDER REFERRING DISPUTES AND MOTION TO PRE-ADMIT CERTAIN TRIAL EXHIBITS [515] TO TECHNICAL SPECIAL MASTER

Pursuant to the Court's prior referral (Dkt. 502), the Technical Special Master has conducted status conferences and further correspondence with the parties regarding requested remote trial testimony accommodations. The Technical Special Master has notified the Court that several disputes remain, including as to the remote location, the lighting setup that will be used at the remote location, and as to whether good cause has been shown under Federal Rule of Civil Procedure 43(a) for Apple witness Ms. Jayna Whitt to testify remotely. The Court hereby REFERS these disputes, as well as any other disputes regarding remote trial testimony under Rule 43(a) that may remain, to the Technical Special Master for entry of an order resolving the disputes. Any objection to this referral should be filed with the Court no later than March 14, 2022, at 5:00 P.M.

Moreover, the Court hereby REFERS Defendant's Motion to Pre-Admit Certain Trial Exhibits (Dkt. 515) to the Technical Special Master for entry of an order resolving

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 19-01805-DOC-JDE                              Date: March 11, 2022

                                                                                    Page 2

the motion.  Any objection to this referral should be filed with the Court no later than March 14, 2022, at 5:00 P.M.

　　The Clerk shall serve this minute order on the parties.


MINUTES FORM 11                                              Initials of Deputy Clerk: kdu

CIVIL-GEN