RYAN E. HATCH
ryan@ryanehatch.com
California Bar No. 235577
**HATCH LAW P.C.**
13323 Washington Blvd., Ste. 100
Los Angeles, CA 90066
Tel: (310) 279-5079 / Fax: (310) 693-5328

DAVID A. SKEELS (admitted *pro hac vice*)
dskeels@whitakerchalk.com
Texas Bar No. 24041925
**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**
301 Commerce St., Ste. 3500
Ft. Worth, TX 76102
Tel: (817) 878-0500 / Fax: (817) 878-0501

CABRACH J. CONNOR (admitted pro hac vice)
Cab@CLandS.com
Texas Bar No. 24036390
**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Rd., Ste. 450
Austin, TX 78746
Tel: (512) 777-1254 / Fax: (888) 387-1134

*Attorneys for Plaintiff PINN, INC.*

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC.,<br>     Plaintiff,<br>v.<br>APPLE INC.,<br>     Defendant. | **Case No. 8:19-cv-1805-DOC-JDE**<br><br>**PLAINTIFF PINN INC.'S OBJECTION TO ORDER REFERRING CERTAIN DISPUTES TO TECHNICAL SPECIAL MASTER [ECF 520]**<br><br>District Judge: Hon. David O. Carter<br>Magistrate Judge: John D. Early<br>Tech. Special Master: David Keyzer |

Pinn respectfully objects to the Order [ECF No. 520] referring certain matters to the Technical Special Master on the following discrete grounds. Pinn does not object to the TSM hearing and entering an order resolving the parties' disputes concerning remote testimony. Nor does Pinn object to the TSM taking up all issues presented by the parties in their principal briefs on Defendant's Motion to Pre-Admit Certain Trial Exhibits [ECF No. 515 (Defendant's Motion) and No. 518 (Pinn Response and Request for Pre-Admission)].

Pinn's Objections to the Order:

(i)  The Order should specify that the master's duties include resolving both parties' pre-admission requests, Fed. R. Civ. P. 53(b)(2)(A);

(ii) The TSM's authority is too limited to resolve all of the pre-admission issues referred by the Court. The TSM should have sufficient authority to resolve the referred issues, and the current does not provide that. So the TSM should not be authorized to resolve admissibility questions predicated on unresolved jury instruction issues, unless the TSM is granted the additional authority to decide the jury instruction and verdict form issues. A primary issue Apple raises concerns the "Watson Applications," which post-date Pinn's prima facie patent priority claim. Admissibility, particularly pre-admission, of the Watson Applications depends upon the legal standard Apple must meet to establish that they are prior art. Thus, the evidentiary and admissibility issues turn on the

Court's decision regarding the applicable legal standard and burden. The parties have submitted competing jury instructions and proposed verdict form questions at ECF Nos. 471 (Joint), 472 (Plaintiff's), 473 (Defendant's), and 478 (Supplemental).

(iii) The Order does not address the making of a record or timing and standards for reviewing the TSM's orders, findings, and recommendations. Fed. R. Civ. P. 53(b)(2)(C-D). This process should be expedited and conducted in the coming few days so any objections may be heard by the Court before trial.

Pinn requests that the Court's order include a schedule for the TSM to resolve the admissibility issues raised by the parties in their principal briefs only (and prohibit additional briefing or submissions), impose a time limit on argument to the TSM of 45 minutes per side, and to establish an expedited schedule for a hearing by the Court on objections to the TSM's rulings that will occur by March 21, 2022. Pinn further requests that a record be taken of the Court's hearing on objections.

.

Dated:  March 14, 2021

/s/ *Cabrach Connor*

**Ryan E. Hatch**
ryan@hatchlaw.com
California Bar No. 235577

2
Plaintiff's Objection to Referral Order at ECF No. 520
Case No. 8:19-cv-1805-DOC-JDE

**HATCH LAW, P.C.**
13323 Washington Blvd., Ste. 100
Los Angeles, CA 90066
Tel: (310) 279-5076
Fax: (310) 693-5328

**David A. Skeels** (admitted *pro hac vice*)
dskeels@whitakerchalk.com
Texas Bar No. 24041925
**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**
301 Commerce St., Ste. 3500
Ft. Worth, TX 76102
Tel: (817) 878-0500
Fax: (817) 878-0501

**Cabrach J. Connor** (*admitted pro hac vice*)
cab@clands.com
Texas Bar No. 24036390
Jennifer Tatum Lee (*admitted pro hac vice*)
jennifer@clands.com
Texas Bar No. 24046950
**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Rd., Ste. 450
Austin, TX 78746
Tel: (512) 777-1254
Fax: (888) 387-1134

**Attorneys for Plaintiff PINN, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 14, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ *Cabrach Connor*
Cabrach Connor