DAVID KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC., | ) |
| | ) |
| Plaintiff, | ) Case No. 8:19-CV-01805-DOC-JDE |
| | ) |
| v. | ) Hon. David O. Carter |
| | ) |
| APPLE INC., | ) |
| | ) |
| Defendant. | ) **NOTICE OF TECHNICAL** |
| | ) |
| | ) **SPECIAL MASTER ORDER** |

Pursuant to authority provided by the January 25, 2021 Second Amended Order

Appointing Technical Special Master (Dkt. No. 379) and the March 11, 2022 Order

NOTICE OF TECHNICAL SPECIAL MASTER ORDER - 1

1  Referring Disputes and Motion to Pre-Admit Certain Trial Exhibits [515] to Technical

2  Special Master (Dkt. 520), the Technical Special Master attaches hereto the Technical

3  Special Master Order No. TSM-15.

4

5

6  Dated:  March 17, 2022                By:    /s/ David Keyzer

7                                         David Keyzer
                                          California Bar No. 248585
                                          david@keyzerlaw.com
8                                         LAW OFFICE OF DAVID KEYZER, P.C.
                                          5170 Golden Foothill Parkway
9                                         El Dorado Hills, CA 95762
                                          Telephone: (916) 243-5259
10                                        Facsimile: (916) 404-0436

11                                        Technical Special Master

12

13

14

15

16

17

18

19

20