Ryan E. Hatch (SBN 235577)
ryan@hatchlaw.com
HATCH LAW, PC
13323 Washington Blvd., Suite 100
Los Angeles, CA 90066
Tel: 310-279-5079

David A. Skeels (*pro hac vice*)
dskeels@whitakerchalk.com
WHITAKER CHALK SWINDLE & SCHWARTZ PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Tel: 817-878-0500

Cabrach J. Connor (*pro hac vice*)
cab@clands.com
Jennifer Tatum Lee (*pro hac vice*)
jennifer@clands.com
CONNOR LEE & SHUMAKER PLLC
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
Tel: 512-777-1254

Attorneys for Plaintiff PINN, INC.

Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Seth M. Sproul (SBN 217711)
sproul@fr.com
John W. Thornburgh (SBN 154627)
thornburgh@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Joy B. Kete *(pro hac vice)*
kete@fr.com
FISH & RICHARDSON P.C.
One Marina Park
Boston, MA 02210
Tel: 617-542-5070 / Fax: 617-542-8906

Attorneys for Defendant APPLE INC.

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC., <br><br>        Plaintiff, <br><br>v. <br><br>APPLE INC., <br><br>        Defendant. | **Case No. 8:19-cv-1805-DOC-JDE** <br><br> **VERDICT FORM PER COURT'S MARCH 16, 2022 ORDER (ECF 526)** <br><br> District Judge: Hon. David O. Carter <br> Magistrate Judge: John D. Early <br> Tech. Special Master: David Keyzer |

# VERDICT FORM[1]

When answering the following questions (which begin on the next page) and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

---

[1] The parties submit this verdict form pursuant to the Court's March 16, 2022 Order (ECF 526) and do not waive their previous objections or withdraw their previous proposed questions and instructions.  Apple also continues to object to putting the willfulness question before the invalidity question since willfulness depends on validity, as previously briefed.  As noted herein, Apple also continues to propose making the willfulness question conditional on validity.  Apple contends that ECF 526 does not address these issues.  The parties incorporate their arguments and authorities on this issue from their previous submissions (*e.g.* Pinn ECF 472 at 5-6; Apple ECF 473 at 13-14) and any oral argument.

# DIRECT INFRINGEMENT

Question # 1:

    Did Pinn prove by a preponderance of the evidence that Apple directly infringed the following claims of Pinn's two asserted patents: <u>U.S. Patent No. 10,455,066</u> ("'066 patent") and <u>U.S. Patent No. 10,609,198</u> ("'198 patent")?

    A "yes" answer to this question is a finding for Pinn.

    A "no" answer is a finding for Apple.

| | | |
|---|---|---|
| Claim 10 of the '066 Patent | Yes: _____ | No: _____ |
| Claim 1 of the '198 Patent | Yes: _____ | No: _____ |
| Claim 25 of the '198 Patent | Yes: _____ | No: _____ |

# **WILLFUL INFRINGEMENT**[2]

If you find that either of the '066 or '198 Patents is infringed by Apple (i.e., if you answered "yes" to any blank on Question # 1 for either patent), then proceed to answering this question on willful infringement.

Question # 2:

    Did Pinn prove by a preponderance of the evidence that Apple willfully infringed the '066 or '198 Patent since infringement began?

    A "yes" answer to this question is a finding for Pinn.
    A "no" answer is a finding for Apple.

    '066 Patent:    Yes_____ No_____

    '198 Patent:    Yes_____ No_____

---

[2] As noted above, Apple continues to object to putting willfulness before validity.

# INVENTORSHIP

Question # 3:

    Did Apple prove by clear and convincing evidence that Sean Kim is *not* the sole inventor of the '066 Patent?

    A "yes" answer to this question is a finding for Apple.

    A "no" answer is a finding for Pinn.

    Yes \_\_\_\_ No \_\_\_\_

# VALIDITY

Question # 4:

    Did Apple prove by clear and convincing evidence that one or more of the following claims of Pinn's '066 or '198 patent is invalid?

    A "yes" answer to this question is a finding for Apple.

    A "no" answer is a finding for Pinn.

    Claim 10 of the '066 Patent    Yes: _____    No: _____

    Claim 1 of the '198 Patent    Yes: _____    No: _____

    Claim 25 of the '198 Patent    Yes: _____    No: _____

# WILLFUL INFRINGEMENT[3]

If you find that any claim of the '066 or '198 Patents is infringed and not invalid (that is to say, if you answered "yes" to Question # 1 for any claim and you did *not* find all such claims invalid in Question # 4), then proceed to answering this question on willful infringement.

If you answered "yes" to Question # 3, do not answer this question on willful infringement for the '066 Patent.

Question # __:

Did Pinn prove by a preponderance of the evidence that Apple willfully infringed the '066 or '198 Patent since infringement began?

A "yes" answer to this question is a finding for Pinn.

A "no" answer is a finding for Apple.

'066 Patent:        Yes_____ No_____

'198 Patent:        Yes_____ No_____

---

[3] Apple proposes conditioning willfulness on validity.

# DAMAGES

If you find that any claim of the '066 or '198 patents is infringed and not invalid (that is to say, if you answered "yes" to Question #1 or Question #2 for any claim and you did not find all such claims invalid in Question #4), then proceed to answering this question on damages. If you answered "yes" to Question #3, do not include damages for any infringement of the '066 Patent.

Question # 5:

What amount of damages do you award Pinn for Apple's infringement?

**Select One**:

    (a)    Royalties of $_____ per unit through the date of trial.

-OR-

    (b)    One-time payment of $ _____ for the life of the '066 Patent and/or the '198 Patent.

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should sign and date the verdict form in the spaces below and notify the Bailiff that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

| | | |
|---|---|---|
| 1 | Dated: March 18, 2022 | CONNOR LEE & SHUMAKER PLLC |
| 2 | | |
| 3 | | By: */s/ Cabrach Connor* |
| 4 | | CABRACH J. CONNOR (*pro hac vice*) |
| 5 | | cab@clands.com |
| 6 | | JENNIFER TATUM LEE (*pro hac vice*) |
| 7 | | jennifer@clands.com |
| 8 | | CONNOR LEE & SHUMAKER PLLC |
| 9 | | 609 Castle Ridge Road, Suite 450 |
| 10 | | Austin, Texas 78746 |
| | | Tel: 512-777-1254 / Fax: 888-387-1134 |
| 11 | | |
| 12 | | DAVID A. SKEELS (*pro hac vice*) |
| | | dskeels@whitakerchalk.com |
| 13 | | WHITAKER CHALK SWINDLE & SCHWARTZ PLLC |
| 14 | | 301 Commerce Street, Suite 3500 |
| 15 | | Fort Worth, Texas 76102 |
| | | Tel: 817-878-0500 / Fax: 817-878-0501 |
| 16 | | |
| 17 | | |
| 18 | | RYAN E. HATCH (SBN 235577) |
| | | ryan@hatchlaw.com |
| 19 | | HATCH LAW, PC |
| 20 | | 13323 Washington Blvd., Suite 100 |
| | | Los Angeles, CA 90066 |
| 21 | | Tel: 310-279-5079 |
| 22 | | S |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Attorneys for Plaintiff PINN, INC.

FISH & RICHARDSON P.C.

By:   */s/ John Thornburgh*

Christopher S. Marchese (SBN 170239)
marchese@fr.com
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240
Fax: (858) 678-5099

Seth M. Sproul (SBN 217711)
sproul@fr.com
John W. Thornburgh (SBN 154627)
thornburgh@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

Joy B. Kete (pro hac vice)
kete@fr.com
Fish & Richardson P.C.
One Marina Park
Boston, MA 02210
Tel: 617-542-5070
Fax: 617-542-8906

Attorneys for Defendant APPLE INC.