RYAN E. HATCH
ryan@hatchlaw.com
California Bar No. 235577
**HATCH LAW, PC**
13323 Washington Blvd., Ste. 100
Los Angeles, CA 90066
Tel: (310) 279-5079 / Fax: (310) 693-5328

DAVID A. SKEELS (admitted *pro hac vice*)
dskeels@whitakerchalk.com
Texas Bar No. 24041925
**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**
301 Commerce St., Ste. 3500
Ft. Worth, TX 76102
Tel: (817) 878-0500 / Fax: (817) 878-0501

CABRACH J. CONNOR (admitted *pro hac vice*)
cab@clands.com
Texas Bar No. 24036390
**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Rd., Ste. 450
Austin, TX 78746
Tel: (512) 777-1254 / Fax: (888) 387-1134
*Attorneys for Plaintiff PINN, INC.*

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

PINN, INC.,

Plaintiff,

v.

APPLE INC.,

Defendant.

**Case No. 8:19-cv-1805-DOC-JDE**

**PLAINTIFF'S AMENDED IDENTIFICATION OF TRIAL WITNESSES**

District Judge: Hon. David O. Carter
Magistrate Judge: Hon. John D. Early
Tech. Special Master: David Keyzer
Trial Date: On Call

Pinn identifies the following witnesses that it may call at trial, including through deposition or prior testimony, in its case in chief or in rebuttal. Pinn may also call witnesses listed on Apple's witness list.

Subject matter on which these witnesses may testify includes their experience, knowledge, and expertise, professional qualifications and background, and topics for which each was designated to testify as a corporate representative.

| WITNESS | CONTACT INFORMATION | CONNECTION | SUBJECT MATTER |
|---|---|---|---|
| Sean Kim | To be contacted through PINN's counsel | PINN, Inc. | Case overview, Background, history of his inventions, Pinn company history, asserted patents, infringement, validity, prosecution, inventorship, Golf Buddy, Parting Taxi, provisional application, conception, state of the art and knowledge of those skilled in the art at the time of his inventions, Apple's defenses, damages, contacts with defendants and third parties, licenses, negotiations, agreements, and rebuttal. |

| | | | |
|---|---|---|---|
| H. Lawson Fisher | 4670 Alpine Road Portola Valley, CA 94028 | Former Speck Employee | Sean Kim's inventions, Pinn's work with Speck Design, interactions with S. Kim, inventorship, Pinn product development and design. |
| Linda Frager | To be contacted through APPLE's counsel | Apple Employee | Apple history and background; Apple's products and their history; consumer studies; development, marketing, advertising, functionality, features, and sales of the accused products; commercial success; designed Rule 30(b)(6) topics. |
| Vernon Thomas Rhyne | To be contacted through PINN's counsel | PINN Expert | Infringement, state of the art, and perspective of one of ordinary skill in the art at the time of the inventions, and opinions in rebuttal to Apple expert opinions. |
| Kurt Stiehl | To be contacted through Apple's counsel | Apple Employee | Apple industrial design and development of the |

| | | | |
|---|---|---|---|
| | | | infringing products, structure, function, and operation of the accused products, Apple patents and applications relating to the infringing products and development efforts at Apple, Apple's patent policies and technical issues relating to history of development of the infringing products and related technologies. |
| *Jeff Terlizzi | To be contacted through Apple's counsel | Apple Employee | Development, structure, function, operation, and design constraints and choices concerning the infringing products; Apple's development timeline and efforts to market and evolve the infringing products, prior art, knowledge and understanding of one skilled in the art at the time of Mr. Kim's inventions, Apple's patent and product development |

| | | | |
|---|---|---|---|
| | | | policies and team structures. |
| Robert Watson | To be contacted through Apple's counsel | Apple Employee | Development, structure, function, operation, and design constraints and choices concerning the infringing products; Apple's development timeline and efforts to market and evolve the infringing products, prior art, knowledge and understanding of one skilled in the art at the time of Mr. Kim's inventions, Apple's patent and product development policies and team structures. |
| Jayna Whitt | To be contacted through Apple's counsel | Apple Employee | Apple's acquisitions, licenses, licensing practices, settlement history, and related transactions that affect or involve intellectual property; Apple's receipt of notices regarding Pinn's intellectual property |

| | | | |
|---|---|---|---|
| | | | portfolio and the actions taken by Apple in connection with such notices. |
| Julie Workman | To be contacted through PINN's counsel | PINN Expert | Analysis of Apple-produced source code, and opinions in rebuttal to Apple expert opinions. |
| Scott Nettles | To be contacted through PINN's counsel | PINN Expert | Opinions concerning validity, prior art, state of the art and knowledge of one skilled in the art at the time of the inventions, priority and rebuttal of Apple's expert witness opinions. |
| Vincent Pascual | 11649 Fenwick Place, Dublin CA 94568 | Former Speck Employee | Sean Kim's inventions, Pinn's work with Speck Design, interactions with S. Kim, inventorship, Pinn product development and design. |
| *Devjeet Mishra | 5433 Benvenue Ave. Apt. 2 Oakland CA 94618 | Former Speck employee | Inventorship, conception, reduction to practice, and prosecution of the '066 patent; interactions with S. Kim; Pinn product development and design. |

| | | | |
|---|---|---|---|
| *Denise Pliskin | 718 Columbia Street Santa Fe, NM 87505 | Former Speck Employee | Contract between Speck and Pinn; proof of concept and design of Pinn's product; inventorship; interactions with S. Kim. |
| Justin Petro | To be contacted through PINN's counsel | PINN Expert | Industrial design principles, Apple industrial design and product development, Apple product history, market development, design cues, headphone market dynamics and design markers, consumer expectations and demand, opinions concerning the value of the claimed subject matter to Apple and importance of design features and functionality to success of infringing products, overall value, success, and feasibility of various design alternatives for the infringing products |

| | | | |
|---|---|---|---|
| | | | and Apple's product design history and industrial design practices, history, and reputation, and product design feedback and design choices at Apple, and opinions in rebuttal to Apple expert opinions. |
| Keiko Hikino | To be contacted through PINN's counsel | PINN Expert | Opinions regarding damages suffered by Pinn resulting from Apple's infringement of U.S. Pat. Nos. 10,455,066; and 10,609,198 and opinions in rebuttal to Apple expert opinions. |
| *Samsung Electronics America, Inc. (Samsung Records Custodian or Corporate Representative) | To be contacted through Samsung's counsel | Records Custodian/Corporate Representative | Knowledge of the Samsung records (including business records) produced in the lawsuit, Rule 803 and 901 prove up and other knowledge about the interactions between Pinn, Inc. and Samsung |

Dated: March 19, 2022

CONNOR LEE & SHUMAKER PLLC

*/s/ Cabrach J. Connor*

**Ryan E. Hatch**
ryan@ryanehatch.com
California Bar No. 235577
**HATCH LAW, P.C.**
13323 Washington Blvd., Ste. 100
Los Angeles, CA 90066
Tel: (310) 279-5076
Fax: (310) 693-5328

**David A. Skeels** (admitted *pro hac vice*)
dskeels@whitakerchalk.com
Texas Bar No. 24041925
**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**
301 Commerce St., Ste. 3500
Ft. Worth, TX 76102
Tel: (817) 878-0500
Fax: (817) 878-0501

**Cabrach J. Connor** (*admitted pro hac vice*)
cab@clands.com
Texas Bar No. 24036390
Jennifer Tatum Lee (*admitted pro hac vice*)
jennifer@clands.com
Texas Bar No. 24046950
**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Rd., Ste. 450
Austin, TX 78746
Tel: (512) 777-1254
Fax: (888) 387-1134

Attorneys for Plaintiff PINN, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 19, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Cabrach Connor*
Cabrach Connor