# EXHIBIT 3

| | |
|---|---|
| **From:** | Karrie Wheatley |
| **Sent:** | Sunday, March 20, 2022 4:24 PM |
| **To:** | Cabrach Connor; Joy Kete; Seth Sproul; Chris Marchese; David Keyzer; dskeels@whitakerchalk.com; Jennifer Lee; Karrie Wheatley; Janet Yastic; Bryce Freund; John Thornburgh |
| **Subject:** | Pinn/Apple: follow up to M&C |

David and Cab and Jenny,

Thank you for the follow up emails regarding Aquipt; Pinn's agreement to tell us whether it will call Jeff Terlizzi in its case in chief on Monday in the event Judge Carter does not postpone the trial to another month; and the disclosed obviousness combinations.  We write to memorialize Apple's understanding regarding the other issues discussed during the meet and confer.

**Speck witnesses/Apple witness—Ms. Linda Frager**

On the meet and confer we proposed the following: Apple would agree to not call Mr. Mishra, Mr. Pascual, Ms. Pliskin, and Mr. Fisher in our case in chief so long as Apple's cross would not be limited to the scope of Pinn's direct ***if in exchange***, Pinn would not call Ms. Frager in its case-in-chief and would instead cross her in Apple's case in chief, wherein the cross would not be limited to the scope of Apple's direct. Pinn refused. We are prepared to call Mr. Mishra, Mr. Pascual, Ms. Pliskin, and Mr. Fisher in our case in chief. We understand that Pinn will not confirm whether it will call Linda Frager in its case in chief.

Accordingly, we will move the Court for relief on the issue of Pinn's refusal to disclose whether it will call Ms. Frager in its case in chief.

**Samsung witness**

Apple stands on its objections to the Samsung documents pursuant to FRE 602, 802, 901. Pinn has not disclosed a specific Samsung witness.

**Schedule for exchanges**

Apple maintains that the parties should agree to a schedule for disclosing the exhibits and demonstratives to be used with each witness. Such an agreement would narrow evidentiary disputes and avoid trial by ambush. Pinn said it would review our proposal and possibly send a counter proposal.

If Apple does not receive a counter proposal, or the parties cannot agree on a disclosure schedule before 5:00 PM today, Apple will move the Court to adopt Apple's proposed schedule. Apple will withdraw the motion if the parties can come to an agreement after Apple files.

**Disclosure of opening demonstratives**

Apple is prepared to exchange tonight. Pinn prefers to wait until we hear from Judge Carter Monday morning. In Pinn's view, the parties will have time to exchange Monday afternoon if need be and meet and confer Monday evening for a Tuesday trial.

Apple disagrees. We are prepared to exchange today or make opening statements without showing exhibits or demonstratives.

**Recording meet and confer sessions over Zoom**

Apple proposed conducting meet and confers over recorded Zoom sessions through trial. Pinn disagrees.

Apple is considering moving the Court to order meet and confers occur over recorded Zoom sessions through trial.

**Karrie Wheatley ::** Associate**::** Fish & Richardson P.C.

713 654 5361 direct **::** wheatley@fr.com

fr.com **::** Bio **::** LinkedIn **::** Twitter