# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 19-01805-DOC-JDE                           Date: July 22, 2022

Title: PINN, INC. V. APPLE INC.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** ORDER RE: OPPOSITION TO EX PARTE MOTION TO ADD JACKIE HARLOW AS A WITNESS [583]

Before the Court is Defendant Apple's Ex Parte Motion to Add Jackie Harlow as a Witness ("Motion") (Dkt. 583). Given the approaching trial date, any opposition from Plaintiff Pinn **SHALL** be submitted to the Court by 6 pm on July 22, 2022.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                 Initials of Deputy Clerk: kdu

CIVIL-GEN