| | |
|---|---|
| RYAN E. HATCH (SBN 235577)<br>ryan@hatchlaw.com<br>Hatch Law, PC<br>13323 Washington Blvd., Suite 100<br>Los Angeles, CA 90066<br>Tel: (310) 279-5079 / Fax: (310) 693-5328<br><br>DAVID A. SKEELS (*pro hac vice*)<br>dskeels@whitakerchalk.com<br>WHITAKER CHALK SWINDLE &<br>SCHWARTZ PLLC<br>301 Commerce Street, Suite 3500<br>Fort Worth, Texas 76102<br>Tel: (817) 878-0500 / Fax: (817) 878-0501<br><br>CABRACH J. CONNOR (*pro hac vice*)<br>cab@clands.com<br>JENNIFER TATUM LEE (*pro hac vice*)<br>jennifer@clands.com<br>CONNOR LEE & SHUMAKER PLLC<br>609 Castle Ridge Road, Suite 450<br>Austin, Texas 78746<br>Tel: (512) 777-1254 / Fax: (888) 387-1134<br><br>Attorneys for Plaintiff PINN, INC. | Christopher S. Marchese (SBN 170239)<br>marchese@fr.com<br>FISH & RICHARDSON P.C.<br>633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 533-4240 / Fax: (858) 678-5099<br><br>Roger A. Denning (SBN 228998)<br>denning@fr.com<br>Seth M. Sproul (SBN 217711)<br>sproul@fr.com<br>John W. Thornburgh (SBN 154627)<br>thornburgh@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Tel: (858) 678-5070 / Fax: (858) 678-5099<br><br>*Additional Counsel Listed on Signature Page*<br><br>Attorneys for Defendant Apple Inc. |

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| PINN, INC.,<br>　　　　　Plaintiff,<br>v.<br>APPLE INC.,<br>　　　　　Defendant. | **Case No. 8:19-cv-1805-DOC-JDE**<br><br>**PROOF OF SERVICE RE SEALED DECLARATION OF CABRACH J. CONNOR IN SUPPORT OF PINN'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>District Judge: Hon. David O. Carter<br>Magistrate Judge: John D. Early<br>Tech. Special Master: David Keyzer<br><br>Trial Date:　August 2, 2022<br>Time:　　　　8:30 a.m. |

# PROOF OF SERVICE

I am employed in the County of Travis. My business address is Connor Lee & Shumaker PLLC, 609 Castle Ridge Road, Suite 450, Austin, Texas 78746. I am over the age of 18 and not a party to the foregoing action.

- Sealed Declaration of Cabrach J. Connor in Support of Plaintiff Pinn's Application for Leave to File Under Seal
- Sealed Response

| | |
|---|---|
| marchese@fr.com | Attorneys for Defendant |
| sproul@fr.com | |
| wheatley@fr.com | |
| denning@fr.com | |
| thornburgh@fr.com | |
| kete@fr.com | |

**X    ELECTRONIC MAIL**  Such document was transmitted by electronic mail to the addresses' email addresses as stated above.

I declare that I am employed in the office of Connor Lee & Shumaker PLLC at whose direction the service was made. I declare under penalty of perjury that the above is true and correct. Executed on July 22, 2022, at Costa Mesa, California.

/s/ Janet Yastic
Janet Yastic