RYAN E. HATCH (SBN 235577)
ryan@hatchlaw.com
Hatch Law, PC
13323 Washington Blvd., Suite 100
Los Angeles, CA 90066
Tel: (310) 279-5079 / Fax: (310) 693-5328

DAVID A. SKEELS (*pro hac vice*)
dskeels@whitakerchalk.com
WHITAKER CHALK SWINDLE &
SCHWARTZ PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Tel: (817) 878-0500 / Fax: (817) 878-0501

CABRACH J. CONNOR (*pro hac vice*)
cab@clands.com
JENNIFER TATUM LEE (*pro hac vice*)
jennifer@clands.com
CONNOR LEE & SHUMAKER PLLC
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
Tel: (512) 777-1254 / Fax: (888) 387-1134

Attorneys for Plaintiff PINN, INC.

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC.,<br><br>          Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>          Defendant. | **Case No. 8:19-cv-1805-DOC-JDE**<br><br>**PLAINTIFF PINN'S NOTICE OF INTERPRETER CERTIFICATION**<br><br>District Judge: Hon. David O. Carter<br><br>Magistrate Judge: John D. Early<br>Tech. Special Master: David Keyzer<br><br>Trial Date:  August 2, 2022<br>Time:         8:30 a.m. |

Plaintiff Pinn, Inc. ("Pinn") files this Notice of Interpreter Certification to provide the Court and Apple, Inc. with the credentials of its Korean interpreter, Ms. Julie Wagner.  Attached as Exhibit A is a copy of Ms. Wagner's curriculum vitae.  Ms. Wagner is a California Certified Interpreter and has been since 2003.  Ms. Wagner has also been approved as a Federal Court Interpreter since 2016.  *See* Exhibit A.  Ms. Wagner is also listed on the Central District of California's website under the Interpreters Local Roster page.  Available at:

https://court.cacd.uscourts.gov/cacd/IntRoster.nsf/29dd6cbe6c9b013988256fe9007b65d7?OpenView&Count=3000&ResortAscending=2.

| | |
|---|---|
| Dated:  July 27, 2022 | Connor Lee & Shumaker PLLC<br><br>*/s/ Cabrach J. Connor*<br>**Ryan E. Hatch**<br>ryan@ryanhatch.com<br>California Bar No. 235577<br>**HATCH LAW, PC**<br>13323 Washington Blvd., Ste. 100<br>Los Angeles, CA 90066<br>Tel: (310) 279-5076<br>Fax: (310) 693-5328<br><br>**David A. Skeels** (admitted *pro hac vice*)<br>dskeels@whitakerchalk.com<br>Texas Bar No.  24041925<br>**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**<br>301 Commerce St., Ste. 3500<br>Ft. Worth, TX 76102<br>Tel:  (817) 878-0500<br>Fax:  (817) 878-0501<br><br>**Cabrach J. Connor** (*admitted pro hac vice*)<br>cab@clands.com<br>Texas Bar No. 24036390 |

|   |   |
|---|---|
| 1 | Jennifer Tatum Lee (*admitted pro hac vice*) |
| 2 | jennifer@clands.com |
|   | Texas Bar No. 24046950Texas Bar No. |
| 3 | 00790089 |
|   | **Connor Lee & Shumaker PLLC** |
| 4 | 609 Castle Ridge Rd., Ste. 450 |
|   | Austin, TX 78746 |
| 5 | Tel:  (512) 777-1254 |
|   | Fax:  (888) 387-1134 |
| 6 |   |
| 7 |   |
| 8 | Attorneys for Plaintiff PINN, INC. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 27, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/*Cabrach Connor*
Cabrach Connor