RYAN E. HATCH (SBN 235577)
ryan@hatchlaw.com
Hatch Law, PC
13323 Washington Blvd., Suite 100
Los Angeles, CA 90066
Tel: (310) 279-5079 / Fax: (310) 693-5328

DAVID A. SKEELS (*pro hac vice*)
dskeels@whitakerchalk.com
WHITAKER CHALK SWINDLE &
SCHWARTZ PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Tel: (817) 878-0500 / Fax: (817) 878-0501

CABRACH J. CONNOR (*pro hac vice*)
cab@clands.com
JENNIFER TATUM LEE (*pro hac vice*)
jennifer@clands.com
CONNOR LEE & SHUMAKER PLLC
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
Tel: (512) 777-1254 / Fax: (888) 387-1134

Attorneys for Plaintiff PINN, INC.

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC.,<br><br>                Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>                Defendant. | **Case No. 8:19-cv-1805-DOC-JDE**<br><br>**PLAINTIFF PINN'S NOTICE OF INTERPRETER**<br><br>**EXHIBIT A**<br><br>District Judge: Hon. David O. Carter<br><br>Magistrate Judge: John D. Early<br>Tech. Special Master: David Keyzer<br><br>Trial Date:  August 2, 2022<br>Time:        8:30 a.m. |



# *Julie Wagner*

### *dba EASY TO SPEAK KOREAN INC.*

**California Court-Certified Korean Interpreter, #300979**
**NBCMI Medical-Certified #101637**

Los Angeles         Mobile: (213) 700-5859
                    Email: Easy2speakKOREAN@gmail.com

**PROFESSIONAL INTERPRETING CREDENTIALS**
- Certified Medical Interpreter (NBCMI) since 2015
- Certified California Court Interpreter since 2003
- Approved Federal Court Interpreter since 2016
- Legal T&I Certificate from UCLA Ext., 2000

**EDUCATION**
- UCLA Extension, Legal Interpreting Certificate Program for Korean, 2000
- UCLA, B.A. in Linguistics, 1985
- Ehwa Women's University, Study Abroad, 1982-1983

**PROFESSIONAL EXPERIENCES**
- **Korean Interpreter** Specialize in Legal, Technical, Pharmaceutical, R.E. (2002-Present)
- **AT&T Corp.** Global Market Network Sales Consultant, Marketing Specialist    (1993- 1999)
- **Chuo Bussan America dba New Meiji,** A/P Supervisor (1989-1993)

**COURT EXPERIENCES**
- Working as a contract interpreter for the courts in Sacrament, Santa Clara, Alameda, and San Francisco counties, as well as the CO and NC courts handling civil, family, and criminal cases.

## TECHNICAL/IP INTERPRETATION

- Park vs. LAKFF and Lee, (Defamation)
- Hyundai vs. TYC, Keyston, Genera (Automotive Patent Infringement)
- RFCyber vs. Samsung (Patent Infringement)

- Allstate vs. Kia Motors (Trademark Infringement)
- Adidas vs. Forever 21 (Design Mark Infringement)
- Ezaki Glico vs. Lotte America (Trademark Infringement)
- Spigen vs. Ultraproof (Design Mark Infringement)
- Aladin.co.kr. vs. Aladdin (Trademark Infringement)
- Proto Technologies v. Apple, et al (Patent Infringement, GPA)
- Mahabirshingh v. Kumho Tire (Product Liability)
- Class v. Ford, et al (Product Liability, Mesothelioma)
- Daewoo Motors Corp. vs. Daewoo Motors America (Automotive/Warranty)
- John Doe vs. Ford, Bendix, et al. (Automotive/Product Liability)
- KOUSA International vs. Clipper Turbine Works (Automotive/Contracts)
- Qinetiq vs. Samsung (LCD/Patent Infringement)
- Exxon Mobil vs. Doosan Heavy Industries (Oil Pipes/Product Liability)
- Kim, et. al vs. Firestone, Ford (Automotive/Product Liability)
- Micron vs. Hynix (Semiconductor/Unfair Competition)
- Apple vs. Samsung (Cellular Phone/Patent Infringement)
- Ericsson vs. Samsung (Cellular Phone/Patent)
- Tessera vs. Samsung Electronics (Cellular/Unfair Competition)
- Whirlpool vs. L.G. Electronics (Unfair Competition)
- HP vs. Trigem (Computer/Product Liability)
- Best Buy vs. Toshiba, et. al (Unfair Competition)
- U. S. vs. Korean Airlines (Unfair Competition)
- Kim v. Chicago Title, el. Al. (Real Estate/Fiduciary Negligence)
- Aladin Communications v. Opes Inc. (Publishing/Trademark Infringement)
- Saehan Media vs. K&H (Contracts)
- Siegel vs. Lee (Real Estate/Contracts)

### CONNFERENCE INTERPRETING

- CES (Consumer Electronics Show), Las Vegas - (2010 - 2019)
- GOOGLE Next, San Francisco (2019)
- Amore Pacific/Aritaum, Palm Springs – U.S. Franchisees Conference (2019)
- Porsche Dealer Event, Palm Springs (2019)
- Digicert, Product Review (2019)
- KB Financial, NY, NY (2018)
- CJ (Cheil Jedang) - Business Feasibility Meeting, Beverly Hills, CA (2018)
- KB Financial , Benchmarking meeting (2018)
- Cadillac International Dealers Preview, Las Vegas (2018)

- Keynotes by various tech and automotive CEOs and CTOS, i.e. Apple, Samsung, BMW…
- Cle de Peau, Cosmetics Press Event (2018)     Research scientist's overview of the
- Harman International/Samsung Electronics Board Meeting (2018)
- LPGA Rookies Meeting (2016-present)     Ladies' Professional Golf Association's annual members meeting to review tournament rules, schedules, budget and concerns.
- L.A. County Board of Supervisors Meetings, monthly (2015-2019)
- Lions Club National Chapters Conference (2018)
- Sikorsky Flight Instructions for Korean Coast Guard Pilots (5 weeks in 2017)
- Asia Society Political Forum: From Kim Jong Eun's Bunker (2017) Press conference of N. Korean defector, Jong Ho Ri, from Office 39 for N. Korean elites.
- Department of Mental Health Conference, annual (2013 - 2017)
- L.A. County Museum of Art, Korea's negotiation for stolen national treasures (2016)
- US Grain Conferences including US Grain Export, US Wheat Associates, US Soybean Exchange, and US Wheat's 2016 North Asia Marketing Conference (All in 2016)
- Patagonia, Semiannual Sales Conferences & Fashion Shows (2010 - 2016)
- United Way Worldwide, Million Dollar Summit in Irvine, CA & Banff, Canada (2016, 2018)
- AQMD (Air Quality Management District) Public Hearing - (2016)
- TGIF - International Franchisees Conference (2015)
- AIG International Conference - Insurance (2015)
- Rotary Club International Stakeholders Meeting (2012)

## GMP INSPECTIONS / CLINICAL TRIALS

- Merck LPO, Las Piedras, PR, GMP Inspection by Korea MFDS (2022)
- AVARA, San Juan PR, GMP Inspection by Korea MFDS (2022)
- Millipore Sigma, St. Louis, MO GMP Inspection by Korea MFDS (2022)
- Gilead, La Verne, CA, GMP Inspection by Korea MFDS (2019)
- Takeda/Shire, Appleton, WI, GMP Inspection by Korea MFDS (2019)
- CSL Plasma, Atlanta, GA, GMP Inspection by Korea MFDS (2019)
- Biolife Plasma Services, GMP Inspection by Korea MFDS (2019)
- Eli Lilly, Branchburg, NJ, GMP Inspection of Biologic Manufacturing by Korea MFDS (2019)
- Abbvie/Abbott, Barceloneta, Puerto Rico, GMP Inspection by Korea MFDS (2018)
- Genzyme/Sanofi, GMP Inspection of Biologic Manufacturing by Korea MFDS (2018)
- Ajinomoto Biopharma/Mundipharma, San Diego, GMP Inspection by Korea MFDS (2017)
- Mundi Pharma, GMP Inspection by Korea MFDS (2017)
- Worthington Industries, GMP Inspection by Korea Gas Corp. (2016, 2017)
- Abbvie, San Juan Puerto Rico, GMP Inspection by Korea MFDS (2016)
- Luxfer Gas Cylinders, GMP Inspection of Pressurized Cylinders by Korea Gas Corp. (2016)
- Celgene, GMP Inspection of Biologic Manufacturing by Korea MFDS (2015)
- Genzyme/Sanofi, Framingham, MA, GMP Inspection by Korea MFDS (2015)

- Merck Clinical Trial, Investigator's Meeting (2018)
- Astra Zeneka Clinical Trial, Investigator's meeting (2018)
- Paratek Pharmaceutical Clinical Trial - Sponsors' Meeting (2015)
- Astra Zeneka Clinical Trial, Investigator's meeting (2015)
- Merck Clinical Trial, Investigator's Meeting (2015)
- Back-translation/Back-editing pharmaceutical product information (circa 2009 - 2015)