RYAN E. HATCH (SBN 235577)
ryan@hatchlaw.com
Law Office of Ryan E. Hatch, P.C.
13323 Washington Blvd., Suite 100
Los Angeles, CA 90066
Tel: 310-279-5079

DAVID A. SKEELS (*pro hac vice*)
dskeels@whitakerchalk.com
WHITAKER CHALK SWINDLE &
SCHWARTZ PLLC
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102
Tel: 817-878-0500 / Fax: 817-878-0501

CABRACH J. CONNOR (*pro hac vice*)
cab@clands.com
JENNIFER TATUM LEE (*pro hac vice*)
jennifer@clands.com
CONNOR LEE & SHUMAKER PLLC
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
Tel: 512-777-1254 / Fax: 888-387-1134

Attorneys for Plaintiff PINN, INC.

Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Seth M. Sproul (SBN 217711)
sproul@fr.com
John W. Thornburgh (SBN 154627)
thornburgh@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Joy B. Kete *(pro hac vice)*
kete@fr.com
FISH & RICHARDSON P.C.
One Marina Park
Boston, MA 02210
Tel: 617-542-5070 / Fax: 617-542-8906

Attorneys for Defendant Apple Inc.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>                Defendant. | Case No. 8:19-cv-1805-DOC-JDE<br><br>**JOINT STATEMENT OF THE CASE**<br><br>District Judge: Hon. David O. Carter<br>Magistrate Judge: John D. Early<br>Special Master:  David Keyzer |

Plaintiff Pinn, Inc. and Defendant Apple Inc., through their respective counsel, submit this Joint Statement of the Case:

This is a patent case brought by Pinn, Inc. against Apple Inc.

Pinn contends that two Apple products, the Second Generation AirPods and the AirPods Pro, infringe two claims of two U.S. Patents. The Pinn patents are U.S. Patent Number 10,455,066 titled "Mobile System with Wireless Earbud" and Number 10,609,198 titled "Personal Media System Including Base Station and Wireless Earbud." I will refer to these patents by the last three numbers of the patent, the '066 Patent and the '198 Patent. Pinn contends that Apple's Second Generation AirPods and AirPods Pro infringe claim 10 of the '066 Patent and claim 25 of the '198 Patent. I will refer to these claims as "the asserted claims."

Apple denies that it infringes the asserted claims of the Pinn patents. Apple also contends that the asserted claims were known or obvious and are therefore invalid. Apple also contends that the asserted claims are invalid due to defects in the patents.

Dated: July 31, 2022                         FISH & RICHARDSON P.C.

                                             By: /s/ Christopher S. Marchese

| | |
|---|---|
| 1 | Christopher S. Marchese (SBN 170239) |
| 2 | marchese@fr.com |
| 3 | 633 West Fifth Street, 26th Floor |
|   | Los Angeles, CA 90071 |
| 4 | Tel: (213) 533-4240 |
|   | Fax: (858) 678-5099 |
| 5 | |
| 6 | Seth M. Sproul (SBN 217711) |
|   | sproul@fr.com |
| 7 | John W. Thornburgh (SBN 154627) |
|   | thornburgh@fr.com |
| 8 | FISH & RICHARDSON P.C. |
|   | 12860 El Camino Real, Suite 400 |
| 9 | San Diego, CA 92130 |
|   | Tel: (858) 678-5070 |
| 10 | Fax: (858) 678-5099 |
| 11 | |
| 12 | Joy B. Kete *(pro hac vice)* |
|   | kete@fr.com |
| 13 | Fish & Richardson P.C. |
|   | One Marina Park |
| 14 | Boston, MA 02210 |
|   | Tel: 617-542-5070 |
| 15 | Fax: 617-542-8906 |
| 16 | Attorneys for Defendant APPLE INC. |

| | | |
|---|---|---|
| 1 | Dated: July 31, 2022 | CONNOR LEE & SHUMAKER PLLC |
| 2 | | |
| 3 | | By: */s/ Cabrach J. Connor* |
| 4 | | RYAN E. HATCH (SBN 235577) |
| 5 | | ryan@hatchlaw.com<br>Law Office of Ryan E. Hatch, P.C. |
| 6 | | 13323 Washington Blvd., Suite 100<br>Los Angeles, CA 90066 |
| 7 | | Tel: 310-279-5079 |
| 8 | | DAVID A. SKEELS (*pro hac vice*)<br>dskeels@whitakerchalk.com |
| 9 | | WHITAKER CHALK SWINDLE &<br>SCHWARTZ PLLC |
| 10 | | 301 Commerce Street, Suite 3500<br>Fort Worth, Texas 76102 |
| 11 | | Tel: 817-878-0500 / Fax: 817-878-<br>0501 |
| 12 | | |
| 13 | | CABRACH J. CONNOR (*pro hac vice*) |
| 14 | | cab@clands.com |
| 15 | | JENNIFER TATUM LEE (*pro hac vice*) |
| 16 | | jennifer@clands.com<br>CONNOR LEE & SHUMAKERPLLC |
| 17 | | 609 Castle Ridge Road, Suite 450<br>Austin, Texas 78746 |
| 18 | | Tel: 512-777-1254 / Fax: 888-387-1134 |
| 19 | | |
| 20 | | Attorneys for Plaintiff PINN, INC. |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

# ECF ATTESTATION

I, Cabrach J. Connor, am the ECF User whose identification and password are being used to electronically file this JOINT STATEMENT OF THE CASE. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from the counsel for Plaintiff, and Fish & Richardson P.C. shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

*/s/ Cabrach J. Connor*
Cabrach J. Connor