| | |
|---|---|
| Ryan E. Hatch (SBN 235577)<br>ryan@ryanehatch.com<br>HATCH LAW, P.C.<br>13323 Washington Blvd., Suite 302<br>Los Angeles, CA 90066<br>Tel: 310-279-5079 | Christopher S. Marchese (SBN 170239)<br>marchese@fr.com<br>FISH & RICHARDSON P.C.<br>633 West Fifth Street, 26th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 533-4240 |
| David A. Skeels (*pro hac vice*)<br>dskeels@whitakerchalk.com<br>Enrique Sanchez, Jr. (*pro hac vice*)<br>rsanchez@whitakerchalk.com<br>WHITAKER CHALK SWINDLE & SCHWARTZ PLLC<br>301 Commerce Street, Suite 3500<br>Fort Worth, Texas 76102<br>Tel: 817-878-0500 | Roger A. Denning (SBN 228998)<br>denning@fr.com<br>Seth M. Sproul (SBN 217711)<br>sproul@fr.com<br>John W. Thornburgh (SBN 154627)<br>thornburgh@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Tel: (858) 678-5070 |
| Cabrach J. Connor (*pro hac vice*)<br>cab@connorkudlaclee.com<br>Jennifer Tatum Lee (*pro hac vice*)<br>jennifer@connorkudlaclee.com<br>CONNOR LEE & SHUMAKER PLLC<br>609 Castle Ridge Road, Suite 450<br>Austin, Texas 78746<br>Tel: 512-777-1254 | *Additional Counsel Listed on Signature Page*<br><br>Attorneys for Defendant Apple Inc. |

Attorneys for Pinn, Inc.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC.,<br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br>　　　　　Defendant. | Case No. 8:19-cv-1805-DOC-JDE<br><br>**JOINT STIPULATION TO ADMIT CERTAIN TRIAL EXHIBITS**<br><br>District Judge: Hon. David O. Carter<br>Magistrate Judge: John D. Early |

# AGREED ADMITTED EXHIBITS

In addition to the list of exhibits that Pinn Inc. and Apple Inc. agreed to pre-admit and that the Court so ordered on June 14, 2022 (Dkt. 562), and the exhibits ordered admitted on August 2, 2022 (Dkt. 616) the parties agree to the following exhibits should be admitted:

| Exhibit No. | Description |
| --- | --- |
| 4 | Provisional Application No. 62/142,978 |
| 5 | Provisional Application No. 62/199,943 |
| 6 | Application No. PCT/US16/25936 |
| 14 | International Patent Application No. WO 2016/161454 A1 |
| 15 | Email Chain between Speck employee and Pinn employee |
| 17 | Combined Declaration & Assignment (37 CFR 1.63(e)) for U.S. Application No. 15/563,937 Signed by Vincent Sarcia Pascual |
| 18 | Combined Declarations & Assignment (37 CFR 1.63(e)) for U.S. Application No. 15/563,937 |
| 19 | Request to Correct Inventorship for U.S. Application No. 15/563,937 |
| 32 | Speck Design Presentation, March 23, 2015 |
| 33 | Speck Design Presentation, March 4, 2015 |
| 36 | Statement of Work, Pinn Proof of Concept Design, March 7, 2015 |
| 41 | U.S. Patent No. 9,833,244 to McGinley et. al. |
| 44 | 2015-08-10 Speck Design Presentation, "Pinn, Inc. Bluetooth Communication Device, Design & Development, Prototype Setup Guide" |
| 45 | Email chain between Speck employees and Pinn employee |
| 46 | SpeckDesign and AQ Corporation Agreement, January 30, 2015 |
| 48 | Email chain between Speck employees and Pinn employee |
| 50 | 2015-03-24 Email chain between Speck employees and Pinn employee |
| 51 | Pinn Functions and Features |
| 102 | UCC Financing Statement Filed on Behalf of Knobbe Martens, dated March 19, 2018 |
| 108 | Provisional Application No. 62/171,376 |
| 115 | United States Patent No. 10,681,446 |
| 116 | Declaration for Utility or Design Application |
| 117 | 2014-01-08 Email from Apple employee to Apple employees |
| 118 | 2013-11-01 Apple Presentation |

| Exhibit No. | Description |
|---|---|
| 119 | Close-up photo of disassembled AirPod |
| 120 | 2014-04-11 Email chain between Apple employees |
| 121 | 2014-06-20 Apple Technical Document |
| 122 | 2013-07-19 Email chain between Apple employees |
| 124 | 2014-01-25 Email from Apple employee to Apple employees |
| 125 | 2015-02-18 Email chain between Apple employees |
| 147 | Block Diagram |
| 148 | Block Diagram |
| 150 | Apple Schematic |
| 164 | Apple Technical Document (Oct. 2013) |
| 165 | Apple Technical Document |
| 166 | 2013-08-22 Apple Technical Document |
| 177 | AirPods (2nd gen) and AirPods Pro Buyer Study |
| 178 | AirPods, Tips 6 |
| 183 | AirPods Software Update Product Brief |
| 184 | Apple Presentation |
| 185 | Transcript of the Apple Q1 2020 earnings call |
| 198 | 2014-09-26 Apple Agreement |
| 204 | 2010-04-15 Apple Agreement |
| 205 | 2013-03-29 Apple Agreement |
| 206 | 2014-09-29 Beats Agreement |
| 207 | 2012-11-26 Apple Agreement |
| 208 | 2015-11-30 Apple Agreement |
| 224 | Email dated September 7, 2016, "Subject: Apple Airpod" |
| 225 | Email from S. Kim to timcook@apple.com - Subject: FW: Apple's Future Product Idea |
| 226 | Email – from S. Kim to dleiva@apple.com Subject: Apple's Future Product Idea |
| 227 | Email – from S. Kim to jiverson@apple.com Subject: FW: Apple's Future Product Idea |
| 228 | Email – from S. Kim to kevinlynch@apple.com Subject: Apple's Future Product Ideas |
| 230 | Email - Subject: Another Acquisition Target |
| 231 | Email series, Subject: Another Acquisition Target" |
| 233 | Email - Subject: 'Amazon Pods' - Alexa on-the-go Product Idea |
| 234 | Email - Subject: Google Pods' - Google Home speaker on-the-go product idea |
| 250 | 2020-04-28 Google Pixel Buds are already out of stock, 9to5 Google |

| Exhibit No. | Description |
|---|---|
| 267 | Handwritten notes |
| 268 | Handwritten notes |
| 272 | Provisional Application No. 62/171,338 to Watson et al |
| 273 | Provisional Application No. 62/171,376 - Wireless Audio Devices |
| 281 | 2015-07-31 Email chain between Pinn employee and Speck Design employees re Inventors for Pinn device |
| 311 | U.S. Patent Application No. 2016/0357510 A1 to Watson et al |
| 312 | U.S. Patent Application No. 2016/0360350 A1 to Watson et al |
| 318 | Apple Presentation (May 2020) |
| 356 | 2015-05-27 Apple Presentation |
| 415 | AirPods (2nd generation) - Apple webpages and images |
| 425 | Charge Your AirPods and Learn About Battery Life |
| 439 | Apple Technical Document |
| 450 | How to find your lost AirPods, https://support.apple.com/en-us/HT207581 |
| 469 | Plantronics Savi W730 (Physical Exhibit) |
| 472 | Apple iPhone 4 (Physical Exhibit) |
| 479 | Bluetooth Headset User's Guide |
| 480 | User's Guide for iPhone Bluetooth Headset |
| 483 | Pixel Buds 2 Pictures |
| 486 | Apple Acquires Passif |
| 497 | 2013-04-24 Apple Agreement |
| 498 | 2013-07-24 Apple Agreement |
| 506 | Gear IconX Pictures |
| 650 | 2007-05-29 Apple Schematic |
| 711 | Savi W730 Headset System User Guide |
| 718 | 2020-04-14 Apple Presentation |
| 791 | A Disappointing Debut for Google Pixel Buds / TechCrunch |
| 841 | 2017-10-04 Up close with Pixel Buds, Google's answer to AirPods, The Verge |
| 847 | Google Pixel Buds (2020) Review: Smart, Minimalist Buds, Android Authority |
| 881 | 2017-05-03 Apple Presentation |
| 969 | 2016-10-25 Email from Pinn employee to Google employee |
| 1094 | U.S. Patent No. 9,641,622 B2 |
| 1102 | Jabra Stone3 (Physical Exhibit) |
| 1165 | 2014-09-18 Apple Presentation |
| 1190 | U.S. Patent Application No. 2018/0131793 A1 |
| 1191 | U.S. Patent Application No. 2017/0374184 A1 |

| Exhibit No. | Description |
|---|---|
| 1195 | iPhone Bluetooth Headset User Guide |
| 1266 | Ribbon Copy U.S. Patent 10,455,066 (Physical Exhibit) |
| 1267 | Ribbon Copy U.S. Patent 10,609,198 (Physical Exhibit) |
| 1284 | U.S. Patent No. 10,067,734 to Watson et al. (Physical Exhibit) |
| 1286 | U.S. Patent No. 10,219,062 to Watson et al. (Physical Exhibit) |
| 1311 | Revised Exhibit 6.0, Exhibit 6.1, Revised Exhibit 6.2, Revised Exhibit 6.3, and Revised Exhibit 6.4 |
| 1312 | Revised Exhibit 7.0, 7.1, 7.2 |
| 1327 | AirPods Cross Sections (Physical Exhibit) |
| 1346 | Worldwide AirPods sales |
| 1347 | AirPod US Market Share |
| 1348 | AirPods with Wireless Charging Case |
| 1350 | Hikino Rev. Ex.t 11.0 – 11.1 |
| 1356 | Email fr S. Kim to mark@fb.com re Facebook's Future Product Idea |
| 1364 | Attachment 5 through 5.3.3 to Expert Report of Julie H. Knox |

| | | |
|---|---|---|
| 1 | Dated: August 7, 2022 | CONNOR LEE & SHUMAKER PLLC |
| 2 | | |
| 3 | | By: */s/ Jennifer Tatum Lee* |
| | | Ryan E. Hatch (SBN 235577) |
| 4 | | ryan@ryanehatch.com |
| | | HATCH LAW, P.C. |
| 5 | | 13323 Washington Blvd., Suite 302 |
| | | Los Angeles, CA 90066 |
| 6 | | Tel: 310-279-5079 |
| 7 | | |
| | | David A. Skeels (*pro hac vice*) |
| 8 | | dskeels@whitakerchalk.com |
| | | Enrique Sanchez, Jr. (*pro hac vice*) |
| 9 | | rsanchez@whitakerchalk.com |
| | | WHITAKER CHALK SWINDLE & |
| 10 | | SCHWARTZ PLLC |
| | | 301 Commerce Street, Suite 3500 |
| 11 | | Fort Worth, Texas 76102 |
| 12 | | Tel: 817-878-0500 |
| 13 | | |
| | | Cabrach J. Connor (*pro hac vice*) |
| 14 | | cab@connorkudlaclee.com |
| | | Jennifer Tatum Lee (*pro hac vice*) |
| 15 | | jennifer@connorkudlaclee.com |
| | | CONNOR LEE & SHUMAKER PLLC |
| 16 | | 609 Castle Ridge Road, Suite 450 |
| | | Austin, Texas 78746 |
| 17 | | Tel: 512-777-1254 |
| 18 | | |
| | | Attorneys for Plaintiff, PINN, INC. |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: August 7, 2022 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: */s/ Christopher S. Marchese* |
| | | Christopher S. Marchese (SBN 170239) |
| 4 | | marchese@fr.com |
| | | FISH & RICHARDSON P.C. |
| 5 | | 633 West Fifth Street, 26th Floor |
| | | Los Angeles, CA 90071 |
| 6 | | Tel: (213) 533-4240 |
| 7 | | Fax: (858) 678-5099 |
| 8 | | Roger A. Denning (SBN 228998) |
| | | denning@fr.com |
| 9 | | Seth M. Sproul (SBN 217711) |
| | | sproul@fr.com |
| 10 | | John W. Thornburgh (SBN 154627) |
| 11 | | thornburgh@fr.com |
| | | FISH & RICHARDSON P.C. |
| 12 | | 12860 El Camino Real, Suite 400 |
| | | San Diego, CA 92130 |
| 13 | | Tel: (858) 678-5070 |
| 14 | | Fax: (858) 678-5099 |
| 15 | | Joy B. Kete *(pro hac vice)* |
| | | kete@fr.com |
| 16 | | FISH & RICHARDSON P.C. |
| | | One Marina Park |
| 17 | | Boston, MA 02210 |
| 18 | | Tel: 617-542-5070 |
| | | Fax: 617-542-8906 |
| 19 | | |
| 20 | | Karrie E. Wheatley *(pro hac vice)* |
| | | wheatley@fr.com |
| 21 | | FISH & RICHARDSON P.C. |
| | | 1221 McKinney St., Suite 2800 |
| 22 | | Houston, TX 77010 |
| 23 | | Attorneys for Defendant APPLE INC. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**ECF ATTESTATION**

I, Christopher S. Marchese, am the ECF User whose identification and password are being used to electronically file this Notice. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from the counsel of Plaintiff Pinn, Inc., and Defendant's Counsel Fish & Richardson P.C. will maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

*/s/ Christopher S. Marchese*
Christopher S. Marchese