1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>                Defendant. | Case No. 8:19-cv-1805-DOC-JDE<br><br>**ORDER GRANTING ADMITTING CERTAIN TRIAL EXHIBITS** [625]<br><br>District Judge: David O. Carter<br>Magistrate Judge: John D. Early<br>Technical Special Master: David Keyzer |

Having considered the parties' Joint Stipulation to Admit Certain Trial Exhibits, the Court hereby GRANTS the Motion and admits the following Exhibits:

| Exhibit No. | Description |
| --- | --- |
| 4 | Provisional Application No. 62/142,978 |
| 5 | Provisional Application No. 62/199,943 |
| 6 | Application No. PCT/US16/25936 |
| 14 | International Patent Application No. WO 2016/161454 A1 |
| 15 | Email Chain between Speck employee and Pinn employee |
| 17 | Combined Declaration & Assignment (37 CFR 1.63(e)) for U.S. Application No. 15/563,937 Signed by Vincent Sarcia Pascual |
| 18 | Combined Declarations & Assignment (37 CFR 1.63(e)) for U.S. Application No. 15/563,937 |
| 19 | Request to Correct Inventorship for U.S. Application No. 15/563,937 |
| 32 | Speck Design Presentation, March 23, 2015 |
| 33 | Speck Design Presentation, March 4, 2015 |
| 36 | Statement of Work, Pinn Proof of Concept Design, March 7, 2015 |
| 41 | U.S. Patent No. 9,833,244 to McGinley et. al. |
| 44 | 2015-08-10 Speck Design Presentation, "Pinn, Inc. Bluetooth Communication Device, Design & Development, Prototype Setup Guide" |
| 45 | Email chain between Speck employees and Pinn employee |
| 46 | SpeckDesign and AQ Corporation Agreement, January 30, 2015 |
| 48 | Email chain between Speck employees and Pinn employee |
| 50 | 2015-03-24 Email chain between Speck employees and Pinn employee |
| 51 | Pinn Functions and Features |
| 102 | UCC Financing Statement Filed on Behalf of Knobbe Martens, dated March 19, 2018 |
| 108 | Provisional Application No. 62/171,376 |
| 115 | United States Patent No. 10,681,446 |
| 116 | Declaration for Utility or Design Application |
| 117 | 2014-01-08 Email from Apple employee to Apple employees |
| 118 | 2013-11-01 Apple Presentation |
| 119 | Close-up photo of disassembled AirPod |
| 120 | 2014-04-11 Email chain between Apple employees |
| 121 | 2014-06-20 Apple Technical Document |
| 122 | 2013-07-19 Email chain between Apple employees |

| Exhibit No. | Description |
| --- | --- |
| 124 | 2014-01-25 Email from Apple employee to Apple employees |
| 125 | 2015-02-18 Email chain between Apple employees |
| 147 | Block Diagram |
| 148 | Block Diagram |
| 150 | Apple Schematic |
| 164 | Apple Technical Document (Oct. 2013) |
| 165 | Apple Technical Document |
| 166 | 2013-08-22 Apple Technical Document |
| 177 | AirPods (2nd gen) and AirPods Pro Buyer Study |
| 178 | AirPods, Tips 6 |
| 183 | AirPods Software Update Product Brief |
| 184 | Apple Presentation |
| 185 | Transcript of the Apple Q1 2020 earnings call |
| 198 | 2014-09-26 Apple Agreement |
| 204 | 2010-04-15 Apple Agreement |
| 205 | 2013-03-29 Apple Agreement |
| 206 | 2014-09-29 Beats Agreement |
| 207 | 2012-11-26 Apple Agreement |
| 208 | 2015-11-30 Apple Agreement |
| 224 | Email dated September 7, 2016, "Subject: Apple Airpod" |
| 225 | Email from S. Kim to timcook@apple.com - Subject: FW: Apple's Future Product Idea |
| 226 | Email – from S. Kim to dleiva@apple.com Subject: Apple's Future Product Idea |
| 227 | Email – from S. Kim to jiverson@apple.com Subject: FW: Apple's Future Product Idea |
| 228 | Email – from S. Kim to kevinlynch@apple.com Subject: Apple's Future Product Ideas |
| 230 | Email - Subject: Another Acquisition Target |
| 231 | Email series, Subject: Another Acquisition Target" |
| 233 | Email - Subject: 'Amazon Pods' - Alexa on-the-go Product Idea |
| 234 | Email - Subject: Google Pods' - Google Home speaker on-the-go product idea |
| 250 | 2020-04-28 Google Pixel Buds are already out of stock, 9to5 Google |
| 267 | Handwritten notes |
| 268 | Handwritten notes |
| 272 | Provisional Application No. 62/171,338 to Watson et al |
| 273 | Provisional Application No. 62/171,376 - Wireless Audio Devices |

| Exhibit No. | Description |
|---|---|
| 281 | 2015-07-31 Email chain between Pinn employee and Speck Design employees re Inventors for Pinn device |
| 311 | U.S. Patent Application No. 2016/0357510 A1 to Watson et al |
| 312 | U.S. Patent Application No. 2016/0360350 A1 to Watson et al |
| 318 | Apple Presentation (May 2020) |
| 356 | 2015-05-27 Apple Presentation |
| 415 | AirPods (2nd generation) - Apple webpages and images |
| 425 | Charge Your AirPods and Learn About Battery Life |
| 439 | Apple Technical Document |
| 450 | How to find your lost AirPods, https://support.apple.com/en-us/HT207581 |
| 469 | Plantronics Savi W730 (Physical Exhibit) |
| 472 | Apple iPhone 4 (Physical Exhibit) |
| 479 | Bluetooth Headset User's Guide |
| 480 | User's Guide for iPhone Bluetooth Headset |
| 483 | Pixel Buds 2 Pictures |
| 486 | Apple Acquires Passif |
| 497 | 2013-04-24 Apple Agreement |
| 498 | 2013-07-24 Apple Agreement |
| 506 | Gear IconX Pictures |
| 650 | 2007-05-29 Apple Schematic |
| 711 | Savi W730 Headset System User Guide |
| 718 | 2020-04-14 Apple Presentation |
| 791 | A Disappointing Debut for Google Pixel Buds / TechCrunch |
| 841 | 2017-10-04 Up close with Pixel Buds, Google's answer to AirPods, The Verge |
| 847 | Google Pixel Buds (2020) Review: Smart, Minimalist Buds, Android Authority |
| 881 | 2017-05-03 Apple Presentation |
| 969 | 2016-10-25 Email from Pinn employee to Google employee |
| 1094 | U.S. Patent No. 9,641,622 B2 |
| 1102 | Jabra Stone3 (Physical Exhibit) |
| 1165 | 2014-09-18 Apple Presentation |
| 1190 | U.S. Patent Application No. 2018/0131793 A1 |
| 1191 | U.S. Patent Application No. 2017/0374184 A1 |
| 1195 | iPhone Bluetooth Headset User Guide |
| 1266 | Ribbon Copy U.S. Patent 10,455,066 (Physical Exhibit) |
| 1267 | Ribbon Copy U.S. Patent 10,609,198 (Physical Exhibit) |
| 1284 | U.S. Patent No. 10,067,734 to Watson et al. (Physical Exhibit) |

| Exhibit No. | Description |
|---|---|
| 1286 | U.S. Patent No. 10,219,062 to Watson et al. (Physical Exhibit) |
| 1311 | Revised Exhibit 6.0, Exhibit 6.1, Revised Exhibit 6.2, Revised Exhibit 6.3, and Revised Exhibit 6.4 |
| 1312 | Revised Exhibit 7.0, 7.1, 7.2 |
| 1327 | AirPods Cross Sections (Physical Exhibit) |
| 1346 | Worldwide AirPods sales |
| 1347 | AirPod US Market Share |
| 1348 | AirPods with Wireless Charging Case |
| 1350 | Hikino Rev. Ex.t 11.0 – 11.1 |
| 1356 | Email fr S. Kim to mark@fb.com re Facebook's Future Product Idea |
| 1364 | Attachment 5 through 5.3.3 to Expert Report of Julie H. Knox |

IT IS SO ORDERED.

Dated: August 8, 2022

_____
Hon. David O. Carter
United States District Court Judge

4