IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　　Defendant. | **Case No. 8:19-cv-1805-DOC-JDE**<br><br>**ORDER GRANTING DEFENDANT APPLE INC.'S *EX PARTE* APPLICATION RE: USE OF LOADING DOCK FOR TECHNICAL EQUIPMENT, PHYSICAL EXHIBITS AND EXHIBIT BINDERS**<br><br>District Judge: Hon. David O. Carter<br>Magistrate Judge: John D. Early<br>Tech. Special Master: David Keyzer<br><br>Trial Date:　August 2, 2022<br>Time:　　　　8:30 a.m. |

Defendant Apple, Inc. ("Apple") have filed an *Ex Parte* Application re: use of the loading dock for technical equipment, physical exhibits and exhibit binders at trial. The parties will need access to the loading dock for the purpose of retrieving boxes/materials needed for a trial that began on August 2, 2022 in Courtroom 10A.

The persons picking up the materials for Fish and Richardson P.C. will be; Katherine Root, California driver's license number: DXXX9880; Carmen Stephanie Lambarena, California driver's license number DXXX1379.

The persons picking up the materials for Aquipt will be Josh Gomez, California driver's license number: DXXX1281; Greg Gonzalez, California driver's license number BXXX1679; and Michael Herrera, California driver's license number YXXX5573.

Having considered the parties' application, it is hereby ORDERED:

1. The individuals referenced above may retrieve the above-referenced materials from Courtroom 10A on August 11, 2022 at 7:30 a.m.

**IT IS SO ORDERED.**

DATED: August 10, 2022

*/s/ David O. Carter*
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1