IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC.,<br><br>            Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>            Defendant. | **Case No. 8:19-cv-1805-DOC-JDE**<br><br>**ORDER GRANTING PLAINTIFF PINN'S APPLICATION FOR LEAVE TO FILE UNDER SEAL THE PARTIES' STIPULATION** [635]<br><br>District Judge: Hon. David O. Carter<br><br>Magistrate Judge: John D. Early<br>Tech. Special Master: David Keyzer |

The Court having considered Plaintiff Pinn's application for leave to file under seal ("Application"), and good cause being shown by Apple, Inc.: **IT IS HEREBY ORDERED** that the Application is Granted.

**IT IS SO ORDERED.**

Dated: August 10, 2022

_David O. Carter_
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT COURT