UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SA CV 19-01805-DOC (JDEx) |
| Title: | PINN, INC., v. APPLE INC. |
| Date | August 10, 2022 |

Present: The Honorable **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon | Court Smart |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Cabrach Connor, David Skeels, Jennifer Lee, Robert Swafford | Chris Marchese, Seth Sproul, Roger Denning |

\_\_\_\_ Day Court Trial    **Seventh** Day Jury Trial

\_\_\_\_ One day trial:   \_\_\_\_ Begun (1st day);   \_\_\_\_ Held & Continued;   **X** Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by \_\_\_\_
\_\_\_\_ Witnesses called, sworn and testified.   \_\_\_\_ Exhibits Identified   \_\_\_\_ Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.   \_\_\_\_ Defendant(s) rest.
✓ Closing arguments made by   ✓ plaintiff(s)   ✓ defendant(s).   ✓ Court instructs jury.
✓ Bailiff(s) sworn.   ✓ Jury retires to deliberate.   \_\_\_\_ Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.   \_\_\_\_ Polling waived.
✓ Filed Witness & Exhibit Lists   ✓ Filed jury notes.   ✓ Filed jury instructions.
\_\_\_\_ Judgment by Court for   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.   Briefs to be filed by \_\_\_\_
\_\_\_\_ Motion to dismiss by \_\_\_\_ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by \_\_\_\_ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_\_ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Settlement reached and placed on the record.
✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
✓ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_\_ Case continued to \_\_\_\_ for further trial/further jury deliberation.
✓ Other:  Jury notes 1-3 received. For reasons stated on the record, the Court declares a mistrial and excuses the jury. Deft. Apple moves for Summary Judgment, DENIED by the Court.

4 : 18

Initials of Deputy Clerk    kdu

cc: