F I L E D
CLERK, U.S. DISTRICT COURT

08/10/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____kdu_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **PINN, INC.,** | ) Case No.: SA CV 19-01805-DOC-(DFMx) |
| Plaintiff, | ) |
| v. | ) **JURY NOTES (REDACTED)** |
| **APPLE, INC.,** | ) |
| Defendant. | ) |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. SA CV 19-01805-DOC-DFMx

Case Name: Pinn, Inc. v. Apple, Inc.

Date: 8/10/2022

Time: 12:55 pm

JURY NOTE NUMBER 1

____ THE JURY HAS REACHED A UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

(1) Please provide Table of Contents for Exhibits (or List) to show Exhibit Number and description of what is in the exhibit

(2) Please provide Exhibit numbers for Pinn's provisional applications for 066 and 198 patents

SIGNED: _____
FOREPERSON OF THE JURY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. SA CV 19-01805-DOC-DFMx

Case Name: Pinn, Inc. v. Apple, Inc.

Date: 8/10/22

Time: 1:04pm

JURY NOTE NUMBER 2

____ THE JURY HAS REACHED A UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

One jurist looked on internet for patent requirements and reported to us.

SIGNED: _____
FOREPERSON OF THE JURY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. SA CV 19-01805-DOC-DFMx

Case Name: Pinn, Inc. v. Apple, Inc.

Date: 8/10/22

Time: 1:13 pm

JURY NOTE NUMBER 3

THE JURY HAS REACHED A UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

Juror brought in earbuds whereby he cut off wires and styrofoam to show jury how obvious this was to do

SIGNED: _____
FOREPERSON OF THE JURY