1 | Christopher S. Marchese (SBN 170239)
2 | marchese@fr.com
  | FISH & RICHARDSON P.C.
3 | 633 West Fifth Street, 26th Floor
  | Los Angeles, CA 90071
4 | Tel: (213) 533-4240 / Fax: (858) 678-5099

5 | Roger A. Denning (SBN 228998)
  | denning@fr.com
6 | Seth M. Sproul (SBN 217711)
7 | sproul@fr.com
  | John W. Thornburgh (SBN 154627)
8 | thornburgh@fr.com
  | FISH & RICHARDSON P.C.
9 | 12860 El Camino Real, Suite 400
  | San Diego, CA 92130
10 | Tel: (858) 678-5070 / Fax: (858) 678-5099

11 | *Additional Counsel Listed on Signature*
12 | *Page*

13 | Attorneys for Defendant Apple Inc.

14

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| PINN, INC., | Case No. 8:19-cv-1805-DOC-JDE |
| Plaintiff, | |
| v. | **DEFENDANT APPLE INC.'S NOTICE OF INTENT TO REDACT TRIAL TRANSCRIPT** |
| APPLE INC., | |
| Defendant. | Trial Date: August 2, 2022 |
| | Time: 8:30 a.m. |
| | Courtroom: 10 A |
| | Judge: Hon. David O. Carter |

Notice is hereby given that Apple Inc. intends to submit a Request to Redact on or before August 26, 2022 for the entire Jury Trial transcript in this matter, or portions thereof.

Dated: August 12, 2022

FISH & RICHARDSON P.C.

By: */s/ Christopher S. Marchese*
Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240
Fax: (858) 678-5099

Roger A. Denning (SBN. 228998)
denning@fr.com
Seth M. Sproul (SBN 217711)
sproul@fr.com
John W. Thornburgh (SBN 154627)
thornburgh@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

Joy B. Kete *(pro hac vice)*
kete@fr.com
FISH & RICHARDSON P.C.
One Marina Park
Boston, MA 02210
Tel: 617-542-5070
Fax: 617-542-8906

Karrie E. Wheatley (*pro hac vice*)
wheatley@fr.com
FISH & RICHARDSON P.C.
1221 McKinney St., Suite 2800
Houston, TX 77010

Attorneys for Defendant APPLE INC.