# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC.,<br>　　　　　Plaintiff,<br>　　v.<br>APPLE INC.,<br>　　　　　Defendant. | Case No. 8:19-cv-1805-DOC-JDE<br><br>**[PROPOSED] ORDER DENYING APPLE'S MOTIONS *IN LIMINE* NO. 17-20**<br><br>District Judge: Hon. David O. Carter<br>Magistrate Judge: John D. Early<br>Tech. Special Master: David Keyzer |

Having considered Apple's Motions *In Limine* Nos. 17-20 [Dkt. 688], the parties' pleadings, argument, and the evidence of record, the Court finds that Apple's motion should be and is hereby DENIED.

IT IS SO ORDERED.

Dated: _____, 2022

                                             _____
                                             DAVID O. CARTER
                                             UNITED STATES DISTRICT JUDGE