Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Roger A. Denning (SBN 228998)
denning@fr.com
Seth M. Sproul (SBN 217711)
sproul@fr.com
John W. Thornburgh (SBN 154627)
thornburgh@fr.com
K. Nicole Williams (SBN 291900)
nwilliams@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Joy B. Kete *(pro hac vice)*
kete@fr.com
FISH & RICHARDSON P.C.
One Marina Park
Boston, MA 02210
Tel: 617-542-5070 / Fax: 617-542-8906

*Additional Counsel Listed on Signature Page*

Attorneys for Defendant Apple Inc.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 8:19-cv-1805-DOC-JDE <br><br> **DEFENDANT APPLE INC.'S AMENDED NOTICE OF PRIOR ART PURSUANT TO 35 U.S.C. § 282** <br><br> District Judge: Hon. David O. Carter <br> Magistrate Judge: John D. Early |

Pursuant to 35 U.S.C. § 282(c) and with regard to U.S. Patent Nos. 9,807,491 ("the '491 patent"), 10,455,066 ("the '066 patent") and 10,609,198 ("the '198 patent") (collectively, the "patents-in-suit"), Defendant Apple provides a summary notice of prior art to Pinn.  Apple has provided prior art information in the course of this case including in the pleadings, invalidity contentions, discovery responses, and expert reports.  These prior disclosures satisfy Apple's requirement under § 282.  A summary of the prior art noticed to Pinn is set forth below.

## I.    PATENTS

| Country | Patent No. | Issue Date | Inventor/Patentee |
|---------|------------|------------|-------------------|
| US | 6,255,800 | Jul. 3, 2001 | Bork |
| US | 6,975,205B1 | Dec. 13, 2005 | French et al |
| US | 7,778,601B2 | Aug. 17, 2010 | Seshadri et al |
| US | 8,078,787B2 | Dec. 13, 2011 | Lydon et al |
| US | 8,086,281B2 | Dec. 27, 2011 | Rabu et al |
| US | 8,145,735B2 | Mar. 27, 2012 | Manchester et al |
| US | 8,270,915B2 | Sep. 18, 2012 | Sanford et al |
| US | 8,401,219B2 | Mar. 19, 2013 | Hankey et al |
| US | 8,548,381B2 | Oct. 1, 2013 | Dua |
| US | 8,564,544B2 | Oct. 22, 2013 | Jobs et al |
| US | 8,700,749B2 | Apr. 15, 2014 | Elliott et al |
| US | 8,838,184B2 | Sep. 16, 2014 | Burnett et al |
| US | 8,855,019B2 | Oct. 7, 2014 | Elliott et al |
| US | 9,218,530B2 | Dec. 22, 2015 | Davis et al |
| US | 9,641,622 | May 2, 2017 | Kapoor et al |
| US | 10,067,734 | Sep. 4, 2018 | Watson et al |
| US | 10,070,212 | Sep. 4, 2018 | Watson et al |
| US | 10,219,062 | Feb. 26, 2019 | Watson et al |

| Country | Patent No. | Issue Date | Inventor/Patentee |
|---|---|---|---|
| US | 10,524,037 | Dec. 31, 2019 | Watson et al |
| US | 7,590,233 | Sep. 15, 2009 | Chiloyan |
| US | 7,825,626 | Nov. 2, 2010 | Kozisek et al |
| US | 8,190,203 | May 29, 2012 | Pelland et al |
| US | 8,593,573 | Nov. 26, 2013 | Price et al |
| US | 8,655,005 | Feb. 18, 2014 | Birger et al |
| US | 8,838,029 | Sep. 16, 2014 | Goldman et al |
| US | 8,949,456 | Feb. 3, 2015 | Mousseau et al |
| US | 9,158,717 | Sep. 29, 2015 | Shaffer |
| US | 9,170,612 | Oct. 27, 2015 | Farjami |
| US | 9,191,756 | Nov. 17, 2015 | Neumeyer et al |
| US | 9,210,498 | Dec. 8, 2015 | Shaffer |
| US | 9,635,161 | Apr. 25, 2017 | Frazier Fields et al |
| US | 9,800,966 | Oct. 24, 2017 | Hirsch et al |
| US | 10,049,066 | Aug. 14, 2018 | Varanda et al |
| US | 6,936,936 | Aug. 30, 2005 | Fischer et al |
| US | 6,946,817 | Sep. 20, 2005 | Fischer et al |
| US | 7,170,259 | Jan. 30, 2007 | Veselic |
| US | 7,239,111 | Jul. 3, 2007 | Fischer et al |
| US | 7,358,703 | Apr. 15, 2008 | Veselic |
| US | 7,453,233 | Nov. 18, 2008 | Fischer et al |
| US | 7,471,059 | Dec. 30, 2008 | Bayne et al |
| US | 7,479,759 | Jan. 20, 2009 | Vilanov et al |
| US | 7,479,762 | Jan. 20, 2009 | Bayne et al |
| US | 7,518,343 | Apr. 14, 2009 | Veselic et al |
| US | 7,523,338 | Apr. 21, 2009 | Fu et al |

| Country | Patent No. | Issue Date | Inventor/Patentee |
|---------|-----------|------------|-------------------|
| US | 7,573,242 | Aug. 11, 2009 | Bayne et al |
| US | 7,631,126 | Dec. 8, 2009 | Barake et al |
| US | 7,657,290 | Feb. 2, 2010 | Veselic et al |
| US | 7,663,338 | Feb. 16, 2010 | Guthrie et al |
| US | 7,679,316 | Mar. 16, 2010 | Guthrie et al |
| US | 7,679,317 | Mar. 16, 2010 | Veselic |
| US | 7,701,173 | Apr. 20, 2010 | Veselic |
| US | 7,714,534 | May 11, 2010 | Bayne et al |
| US | 7,768,239 | Aug. 3, 2010 | Veselic et al |
| US | 7,791,319 | Sep. 7, 2010 | Veselic et al |
| US | 7,812,565 | Oct. 12, 2010 | Bayne et al |
| US | 7,816,885 | Oct. 19, 2010 | Bayne et al |
| US | 7,834,586 | Nov. 16, 2010 | Fischer et al |
| US | 7,847,517 | Dec. 7, 2010 | Guthrie et al |
| US | 7,847,520 | Dec. 7, 2010 | Veselic et al |
| US | 7,884,571 | Feb. 8, 2011 | Veselic |
| US | 7,893,653 | Feb. 22, 2011 | Bayne et al |
| US | 7,893,655 | Feb. 22, 2011 | Veselic |
| US | 7,893,660 | Feb. 22, 2011 | Veselic et al |
| US | 7,906,940 | Mar. 15, 2011 | Veselic et al |
| US | 7,965,058 | Jun. 21, 2011 | Veselic |
| US | 7,984,318 | Jul. 19, 2011 | Fu et al |
| US | 7,986,127 | Jul. 26, 2011 | Fischer et al |
| US | 7,999,514 | Aug. 16, 2011 | Veselic et al |
| US | 8,024,500 | Sep. 20, 2011 | Varanda et al |
| US | 8,041,866 | Oct. 18, 2011 | Barake et al |

DEFENDANT APPLE INC.'S AMENDED NOTICE PURSUANT
TO 35 U.S.C. § 282
Case No. 8:19-cv-1805-DOC-JDE

| Country | Patent No. | Issue Date | Inventor/Patentee |
|---------|-----------|------------|-------------------|
| US | 8,111,040 | Feb. 7, 2012 | Guthrie et al |
| US | 8,154,245 | Apr.10, 2012 | Veselic |
| US | 8,169,187 | May 1, 2012 | Fischer et al |
| US | 8,193,776 | Jun. 5, 2012 | Bayne et al |
| US | 8,232,766 | Jul. 31, 2012 | Fischer et al |
| US | 8,253,371 | Aug. 28, 2012 | Vitanov et al |
| US | 8,283,897 | Oct. 9, 2012 | Veselic et al |
| US | 8,330,422 | Dec. 11, 2012 | Han et al |
| US | 8,378,527 | Feb. 19, 2013 | Drader et al |
| US | 8,541,983 | Sep. 24, 2013 | Veselic et al |
| US | 8,554,971 | Oct. 8, 2013 | Varanda et al |
| US | 8,610,407 | Dec. 17, 2013 | Veselic et al |
| US | 8,624,550 | Jan. 7, 2014 | Fischer et al |
| US | 9,098,429 | Aug. 4, 2015 | Varanda et al |
| US | 7,174,130 | Feb. 6, 2007 | Kurisko et al |

## II.   PATENT APPLICATIONS

| Country | Patent App. No. | Publication Date | Inventor |
|---------|----------------|------------------|----------|
| US | Prov. 62171338 | N/A (filed Jun. 5, 2015) | Watson |
| US | Prov. 62171376 | N/A (filed Jun. 5, 2015) | Watson |
| US | 2008/0125040A1 | May 29, 2008 | Kalayjian |
| US | 2010/0281475A1 | Nov. 4, 2010 | Jain et al |
| US | 2016/0073189A1 | Mar. 10, 2016 | Linden et al |
| US | 2016/0236049A1 | Aug. 18, 2016 | Lee et al |
| US | 2017/0272561A1 | Sep. 21, 2017 | Kim et al |
| US | 2008/0298606A1 | Dec. 4, 2008 | Johnson et al |

| Country | Patent App No. | Publication Date | Inventor |
|---------|----------------|------------------|----------|
| US | 2009/0036119A1 | Feb. 5, 2009 | Smith et al |
| US | 2010/0320961A1 | Dec. 23, 2010 | Castillo et al |
| US | 2013/0210496A1 | Aug. 15, 2013 | Zakarias et al |
| US | 2014/0116085A1 | May 1, 2014 | Lam |
| US | 2014/0279122A1 | Sep. 18, 2014 | Luna |
| US | 2015/0078575A1 | Mar. 19, 2015 | Selig et al |
| US | 2016/0357510A1 | Dec. 8, 2016 | Watson et al |
| US | 2016/0360350A1 | Dec. 8, 2016 | Watson et al |
| US | 2017/0013342A1 | Jan. 12, 2017 | Watson et al |
| US | 2018/0376233A1 | Dec. 27, 2018 | Watson et al |
| US | 2008/0227393 A1 | Sep. 18, 2008 | Tang et al |
| US | 2010/0171463A9 | Jul. 8, 2010 | Fischer et al |
| US | 2013/0063081A1 | Mar. 14, 2013 | Bayne et al |
| US | 2018/0329845A1 | Nov. 15, 2018 | Varanda et al |
| US | 2020/0112253A1 | Apr. 9, 2020 | Veselic |
| CN | 203720788 | July 16, 2014 | Wang |

## III.   PUBLICATIONS

| Title | Publication Date | Bates Nos. |
|-------|------------------|------------|
| Review of Apple iPhone Bluetooth Headset, iLounge | Jul. 20, 2007 | APL-PINN_00070009-APL-PINN_00070019 |
| iPhone Bluetooth Headset User's Guide | | APL-PINN_00070976-APL-PINN_00070995 |
| Gadgets of the week: Jabra Eclipse, V-Moda Crossfade Wireless and more!, Android Central | Sept. 13, 2015 | APL-PINN_00464036-APL-PINN_00464043 |
| Jabra ASSIST | | APL-PINN_00464044-APL-PINN_00464052 |
| Jabra Eclipse User Manual 2015 | | APL-PINN_00464053-APL-PINN_00464080 |

DEFENDANT APPLE INC.'S AMENDED NOTICE PURSUANT
TO 35 U.S.C. § 282
Case No. 8:19-cv-1805-DOC-JDE

| Title | Publication Date | Bates Nos. |
|---|---|---|
| Amazon-Jabra BT800 Bluetooth Headset | | APL-PINN_01131696-APL-PINN_01131702 |
| Jabra CLIPPER User Manual | | APL-PINN_01131703-APL-PINN_01131715 |
| Jabra BT800 User Manual | | APL-PINN_01131729-APL-PINN_01131751 |
| Jabra Stone3 User Manual | | APL-PINN_01131755-APL-PINN_01131772 |
| Mobilefun.com - Jabra BT800 Bluetooth Headset | | APL-PINN_01131797-APL-PINN_01131802 |
| Mobilefun.com - Jabra Stone3 | | APL-PINN_01131803-APL-PINN_01131811 |
| Sennheiser MX W1 Wireless Earphone System Instruction Manual | | APL-PINN_01131963-APL-PINN_01131990 |
| Sennheiser MX W1 Wireless In-Ear Earphones, CNET | Jan. 9, 2008 | APL-PINN_01131991-APL-PINN_01131992 |
| Whitepaper, "Kleer Advantages Over Bluetooth" | Dec. 12, 2007 | APL-PINN_01132001-APL-PINN_01132004 |
| Microsoft Bluetooth Notebook Mouse 5000 Review by Dustin Sklavos | | APL-PINN_01132056-APL-PINN_01132059 |
| Microsoft Sculpt Comfort Mouse User Manual | | APL-PINN_01132091-APL-PINN_01132166 |
| Review: Apple Wireless Keyboard (aluminum) by Daniel Eran Dilger, Appleinsider | | APL-PINN_01132060-APL-PINN_01132090 |
| Bluetooth Specification v1.0B (and subsequent versions of releases) | Dec. 1, 1999 | APL-PINN_00068355-APL-PINN_00069436 |

## IV.   SYSTEMS AND PRODUCTS

| Item | Person or Entity | Date of Use, Sale or Offer for Sale |
|---|---|---|
| Apple 2007 Bluetooth Headset (and accessories) | Apple Inc. | No later than 2007 |
| Apple iOS 7 and associated applications | Apple Inc. | No later than 2013 |
| Bragi Dash | Bragi GmbH | No later than Jan. 2015 |

DEFENDANT APPLE INC.'S AMENDED NOTICE PURSUANT
TO 35 U.S.C. § 282
Case No. 8:19-cv-1805-DOC-JDE

| Item | Person or Entity | Date of Use, Sale or Offer for Sale |
|---|---|---|
| Jabra Eclipse | Jabra Corp. (GN Audio USA, Inc.) | No later than 2015 |
| Altec Lansing Freedom True Wireless Bluetooth Earbuds | AL Infinity LLC | No later than 2016 |
| ReSound Smart Hearing Aids with Unite Phone Clip+ | ReSound US | No later than 2014 |
| Plantronics Savi W730 | Plantronics, Inc. | No later than 2011 |
| Google Latitude and Find My Device https://android.googleblog.com/2013/08/find-your-lost-phone-with-android.html and https://googleblog.blogspot.com/2009/02/see-where-your-friends-are-with-google.html | Google LLC | 2009 and 2013 |
| Jabra Find my Jabra System and/or Application | Jabra Corp. (GN Audio USA, Inc.) | No later than 2015 |
| Sennheiser MXW1 | | No later than 2009 |
| Jabra Stone3 | | No later than 2013 |
| Microsoft Bluetooth Mouse 5000 | | Jun. 17, 2009 |
| Microsoft Sculpt Comfort Mouse | | May 2013 |
| Apple Wireless Keyboard | Apple | No later than 2014 |
| Motorola H350 Bluetooth Wireless Headset | | 2011 |

In addition to the express disclosures made above, Apple also incorporates by reference the following documents as if set forth fully herein:

- Admitted prior art of the '491 patent as identified in the prosecution history, specification, and figures;

- Admitted prior art of the '066 patent as identified in the prosecution history, specification, and figures; and

- Admitted prior art of the '198 patent as identified in the prosecution history, specification, and figures.

1         Apple reserves the right to supplement this statement if additional information

2    subsequently becomes available and as permitted should the trial date in this matter

3    be moved to a later date.

4    Dated:  October 7, 2022                    FISH & RICHARDSON P.C.

5

6                                          By: */s/ Christopher S. Marchese*
                                              Christopher S. Marchese (SBN 170239)
7                                             marchese@fr.com
                                              FISH & RICHARDSON P.C.
8                                             633 West Fifth Street, 26th Floor
                                              Los Angeles, CA 90071
9                                             Tel: (213) 533-4240
                                              Fax: (858) 678-5099
10

11                                            Roger A. Denning (SBN. 228998)
                                              denning@fr.com
12                                            Seth M. Sproul (SBN 217711)
                                              sproul@fr.com
13                                            John W. Thornburgh (SBN 154627)
                                              thornburgh@fr.com
14                                            K. Nicole Williams (SBN 291900)
                                              nwilliams@fr.com
15                                            FISH & RICHARDSON P.C.
                                              12860 El Camino Real, Suite 400
16                                            San Diego, CA 92130
                                              Tel: (858) 678-5070
17                                            Fax: (858) 678-5099
18

19                                            Joy B. Kete *(pro hac vice)*
                                              kete@fr.com
20                                            FISH & RICHARDSON P.C.
                                              One Marina Park
21                                            Boston, MA 02210
                                              Tel: 617-542-5070
22                                            Fax: 617-542-8906
23

24                                            Karrie E. Wheatley *(pro hac vice)*
                                              wheatley@fr.com
25                                            FISH & RICHARDSON P.C.
                                              1221 McKinney St., Suite 2800
26                                            Houston, TX 77010
27

                                       Attorneys for Defendant APPLE INC.
28

DEFENDANT APPLE INC.'S AMENDED NOTICE PURSUANT
TO 35 U.S.C. § 282
Case No. 8:19-cv-1805-DOC-JDE