UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No: SA CV 19-01805-DOC (JDEx)     Date: October 17, 2022

Title: PINN, INC., v. APPLE INC.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Cabrach Connor | Chris Marchese |
| David Skeels | Seth Sproul |
| Jennifer Lee | Roger Denning |

PROCEEDINGS: DEFT.'S MOTION IN LIMINE (#17-20) TO PRECLUDE IMPROPER ARGUMENT, EVIDENCE, OR QUESTIONS BASED ON PINN'S CONDUCT IN FIRST TRIAL [688]

NOTICE OF MOTION AND MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE BASIS OF: NONINFRINGEMENT RE THE "FIND MY" AIRPODS FEATURE [682]

The case is called. The Court and counsel confer.

The Court gives tentative rulings and hears arguments.

Oral arguments for Defendant's Motions in Limine [688] and Motion for Judgment as a Matter of Law [682] are taken under advisement.

The Court's written order to issue.

:     31
Initials of Deputy Clerk: kdu