| | |
|---|---|
| 1 | Christopher S. Marchese (SBN 170239) |
| 2 | marchese@fr.com |
|   | FISH & RICHARDSON P.C. |
| 3 | 633 West Fifth Street, 26th Floor |
|   | Los Angeles, CA 90071 |
| 4 | Tel: (213) 533-4240 / Fax: (858) 678-5099 |
| 5 | Juanita R. Brooks (SBN 75934) |
|   | brooks@fr.com |
| 6 | Roger A. Denning (SBN 228998) |
| 7 | denning@fr.com |
|   | Seth M. Sproul (SBN 217711) |
| 8 | sproul@fr.com |
|   | John W. Thornburgh (SBN 154627) |
| 9 | thornburgh@fr.com |
| 10 | K. Nicole Williams (SBN 291900) |
|    | nwilliams@fr.com |
| 11 | FISH & RICHARDSON P.C. |
|    | 12860 El Camino Real, Suite 400 |
| 12 | San Diego, CA 92130 |
| 13 | Tel: (858) 678-5070 / Fax: (858) 678-5099 |
| 14 | *Additional Counsel Listed on Signature Page* |
| 15 | Attorneys for Defendant Apple Inc. |

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC., | Case No. 8:19-cv-1805-DOC-JDE |
| Plaintiff, | |
| | **DEFENDANT APPLE INC.'S NOTICE OF DESIGNATION OF CO-LEAD COUNSEL** |
| v. | |
| APPLE INC., | |
| Defendant. | Trial Date:   November 8, 2022 |
| | Trial Time:   8:30 a.m. |
| | Courtroom:   10 A |
| | Judge:   Hon. David O. Carter |

1 | Apple recently filed a notice of appearance for Juanita Brooks. Apple hereby
2 | designates Ms. Brooks as co-lead counsel.
3 |
4 | Dated: October 25, 2022         FISH & RICHARDSON P.C.
5 |
6 |                                 By: */s/ Seth M. Sproul*
                                       Christopher S. Marchese (SBN 170239)
7 |                                    marchese@fr.com
                                       FISH & RICHARDSON P.C.
8 |                                    633 West Fifth Street, 26th Floor
                                       Los Angeles, CA 90071
9 |                                    Tel: (213) 533-4240
                                       Fax: (858) 678-5099
10 |
11 |                                   Juanita R. Brooks (SBN 75934)
                                       brooks@fr.com
12 |                                   Roger A. Denning (SBN. 228998)
                                       denning@fr.com
13 |                                   Seth M. Sproul (SBN 217711)
                                       sproul@fr.com
14 |                                   John W. Thornburgh (SBN 154627)
                                       thornburgh@fr.com
15 |                                   K. Nicole Williams (SBN 291900)
                                       nwilliams@fr.com
16 |                                   FISH & RICHARDSON P.C.
                                       12860 El Camino Real, Suite 400
17 |                                   San Diego, CA 92130
                                       Tel: (858) 678-5070
18 |                                   Fax: (858) 678-5099
19 |
20 |                                   Joy B. Kete *(pro hac vice)*
                                       kete@fr.com
21 |                                   FISH & RICHARDSON P.C.
                                       One Marina Park
22 |                                   Boston, MA 02210
                                       Tel: 617-542-5070
23 |                                   Fax: 617-542-8906
24 |
25 |                                   Karrie E. Wheatley (*pro hac vice*)
                                       wheatley@fr.com
26 |                                   FISH & RICHARDSON P.C.
                                       1221 McKinney St., Suite 2800
27 |                                   Houston, TX 77010
28 |
                                       Attorneys for Defendant APPLE INC.