1  RYAN E. HATCH (SBN 235577)
   ryan@hatchlaw.com
2  Hatch Law, PC
3  13323 Washington Blvd., Suite 100
   Los Angeles, CA 90066
4  Tel: (310) 279-5079 / Fax: (310) 693-5328

5  DAVID A. SKEELS (*pro hac vice*)
   dskeels@whitakerchalk.com
6  WHITAKER CHALK SWINDLE &
7  SCHWARTZ PLLC
   301 Commerce Street, Suite 3500
8  Fort Worth, Texas 76102
   Tel: (817) 878-0500 / Fax: (817) 878-0501
9
10 CABRACH J. CONNOR (*pro hac vice*)
   cab@clands.com
11 JENNIFER TATUM LEE (*pro hac vice*)
   jennifer@clands.com
12 CONNOR LEE & SHUMAKER PLLC
13 609 Castle Ridge Road, Suite 450
   Austin, Texas 78746
14 Tel: (512) 777-1254 / Fax: (888) 387-1134

15 Attorneys for Plaintiff PINN, INC.

16            IN THE UNITED STATES DISTRICT COURT

17         CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

18

| | |
|---|---|
| PINN, INC.,<br>   Plaintiff,<br>v.<br>APPLE INC.,<br>   Defendant. | **Case No. 8:19-cv-1805-DOC-JDE**<br><br>**PLAINTIFF PINN'S NOTICE OF LODGING OF DEPOSITION AND TRIAL TRANSCRIPTS FOR PURPOSES OF TRIAL**<br><br>District Judge: Hon. David O. Carter<br><br>Magistrate Judge: John D. Early<br>Tech. Special Master: David Keyzer<br><br>Trial Date: November 8, 2022<br>Time:   8:30 a.m. |

Plaintiff Pinn, Inc. ("Pinn") hereby lodges with Courtroom 10A of the above-entitled Court the following Deposition and Trial Transcripts for Purposes of Trial pursuant to Local Rule 32-1:

**Deposition Transcripts**

1. Jonathan Adams, Deposition taken on July 17, 2020
2. Jeffrey L. Bruksch, Deposition taken on July 31, 2020
3. Jeremy Copperstock, Deposition taken on September 25, 2020
4. Linda Taylor Frager, Deposition taken on July 22, 2020
5. Dan Levia, Deposition taken on July 30, 2020
6. Mark Rollins, Deposition taken on August 4, 2020
7. Mark Rollins, Deposition taken on August 7, 2020
8. Kurt Stiehl, Deposition taken on July 14, 2020
9. Jeff Terlizzi, Deposition taken on July 24, 2020
10. Rob Watson, Deposition taken on July 22, 2020
11. Rob Watson, Deposition taken on January 20, 2021
12. Jonathan Wells, Deposition taken on September 18, 2020
13. Jayna Whitt, Deposition taken on July 24, 2020

**Trial Transcripts**

14. Trial Date: August 2, 2022 – Day 1, Volumes 1 and 2
15. Trial Date: August 3, 2022 – Day 2, Volumes, 1, 2, 3 and 4
16. Trial Date: August 4, 2022 – Day 3, Volumes 1, 2, 3 and 4
17. Trial Date: August 5, 2022 – Day 4, Volumes 1 and 2
18. Trial Date: August 8, 2022 – Day 5, Volumes 1, 2, 3 and 4
19. Trial Date: August 9, 2022 – Day 6, Volumes 1 and 2
20. Trial Date: August 10, 2022 – Day 7, Volume 7

Dated: October 28, 2022          Connor Lee & Shumaker PLLC

                                 */s/ Jennifer Tatum Lee*

1
PLAINTIFF'S NOTICE OF LODGING TRANSCRIPTS
Case No. 8:19-cv-1805

**Ryan E. Hatch**
ryan@ryanhatch.com
California Bar No. 235577
**HATCH LAW, PC**
13323 Washington Blvd., Ste. 100
Los Angeles, CA 90066
Tel: (310) 279-5076
Fax: (310) 693-5328

**David A. Skeels** (admitted *pro hac vice*)
dskeels@whitakerchalk.com
Texas Bar No. 24041925
**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**
301 Commerce St., Ste. 3500
Ft. Worth, TX 76102
Tel: (817) 878-0500
Fax: (817) 878-0501

**Cabrach J. Connor** (*admitted pro hac vice*)
cab@clands.com
Texas Bar No. 24036390
Jennifer Tatum Lee (*admitted pro hac vice*)
jennifer@clands.com
Texas Bar No. 24046950
**CONNOR LEE & Shumaker PLLC**
609 Castle Ridge Rd., Ste. 450
Austin, TX 78746
Tel: (512) 777-1254
Fax: (888) 387-1134

Attorneys for Plaintiff PINN, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 28, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ *Jennifer Tatum Lee*
Jennifer Tatum Lee