Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Juanita R. Brooks (SBN 75934)
brooks@fr.com
Roger A. Denning (SBN 228998)
denning@fr.com
Seth M. Sproul (SBN 217711)
sproul@fr.com
John W. Thornburgh (SBN 154627)
thornburgh@fr.com
K. Nicole Williams (SBN 291900)
nwilliams@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

*Additional Counsel Listed on Signature Page*

Attorneys for Defendant Apple Inc.

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | **Case No. 8:19-cv-1805-DOC-JDE**<br><br>**DEFENDANT APPLE INC.'S *EX PARTE* APPLICATION RE: USE OF LOADING DOCK FOR TECHNICAL EQUIPMENT, PHYSICAL EXHIBITS AND EXHIBIT BINDERS**<br><br>District Judge: Hon. David O. Carter<br>Magistrate Judge: John D. Early<br>Tech. Special Master: David Keyzer<br><br>Trial Date:　November 8, 2022<br>Time:　　　　8:30 a.m. |

**TO THE COURT AND PLAINTIFF AND ITS ATTORNEYS:**

Defendant Apple, Inc. ("Apple") respectfully submits this application requesting an order granting Aquipt, Inc. and Fish and Richardson P.C. access to the courthouse loading dock for the purpose of delivering boxes/materials to be used in a trial that will start on November 8, 2022 in Courtroom 10A. The access will be needed for 2:00 p.m. on Monday November 7, 2022 to deliver to the attorney lounge next to Courtroom 10A.

The persons delivering the materials for Fish and Richardson P.C. will be: Katherine Root, California driver's license number DXXX9880; Carmen Stephanie Lambarena, California driver's license number DXXX1379.

The persons delivering the materials for Aquipt will be: Josh Gomez, California driver's license number: DXXX1281; Greg Gonzalez, California driver's license number BXXX1679; and Michael Herrera, California driver's license number YXXX5573.

| | | |
|---|---|---|
| 1 | Dated: November 2, 2022 | FISH &RICHARDSON P.C. |
| 2 | | |
| 3 | | By: /s/ Christopher S. Marchese |
| 4 | | Christopher S. Marchese (SBN 170239) |
| | | marchese@fr.com |
| 5 | | FISH & RICHARDSON P.C. |
| | | 633 West Fifth Street, 26th Floor |
| 6 | | Los Angeles, CA 90071 |
| | | Tel: (213) 533-4240 |
| 7 | | Fax: (858) 678-5099 |
| 8 | | |
| | | Juanita R. Brooks (SBN 75934) |
| 9 | | brooks@fr.com |
| | | Roger A. Denning (SBN. 228998) |
| 10 | | denning@fr.com |
| | | Seth M. Sproul (SBN 217711) |
| 11 | | sproul@fr.com |
| | | John W. Thornburgh (SBN 154627) |
| 12 | | thornburgh@fr.com |
| | | K. Nicole Williams (SBN 291900) |
| 13 | | nwilliams@fr.com |
| 14 | | FISH & RICHARDSON P.C. |
| | | 12860 El Camino Real, Suite 400 |
| 15 | | San Diego, CA 92130 |
| | | Tel: (858) 678-5070 |
| 16 | | Fax: (858) 678-5099 |
| 17 | | |
| 18 | | |
| | | Joy B. Kete (pro hac vice) |
| 19 | | kete@fr.com |
| | | FISH & RICHARDSON P.C. |
| 20 | | One Marina Park |
| | | Boston, MA 02210 |
| 21 | | Tel: (617) 542-5070 |
| 22 | | Fax: (617) 542-8906 |
| 23 | | Karrie E. Wheatley (pro hac vice) |
| | | wheatley@fr.com |
| 24 | | FISH & RICHARDSON P.C. |
| | | 1221 McKinney St., Suite 2800 |
| 25 | | Houston, TX 77010 |
| | | Tel: (713) 654-5300 |
| 26 | | Fax: (713) 652-0109 |
| 27 | | |
| | | Attorneys for Defendant APPLE INC. |
| 28 | | |

2
DEFENDANT APPLE INC.'S *EX PARTE* APPLICATION RE: USE OF
LOADING DOCKET
Case No. 8:19-cv-1805