Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
633 West Fifth Street, 26th Floor
Los Angeles, CA 90071
Tel: (213) 533-4240 / Fax: (858) 678-5099

Juanita R. Brooks (SBN 75934)
brooks@fr.com
Roger A. Denning (SBN 228998)
denning@fr.com
Seth M. Sproul (SBN 217711)
sproul@fr.com
John W. Thornburgh (SBN 154627)
thornburgh@fr.com
K. Nicole Williams (SBN 291900)
nwilliams@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

*Additional Counsel Listed on Signature Page*

Attorneys for Defendant Apple Inc.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 8:19-cv-1805-DOC-JDE<br><br>**DEFENDANT APPLE INC.'S *EX PARTE* MOTION TO PREVENT PINN FROM CALLING LINDA FRAGER BEFORE NOVEMBER 14**<br><br>Trial Date:  November 8, 2022<br>Trial Time:  8:30 a.m.<br>Courtroom:   10 A<br>Judge:       Hon. David O. Carter |

**TO THIS HONORABLE COURT AND TO THE PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE THAT** Defendant Apple Inc. hereby moves *ex parte* for this Court to issue an order pursuant to Federal Rule of Evidence 611.

As described below, *ex parte* relief is justified because trial is scheduled to begin Tuesday, November 8, 2022, and the motion concerns whether an Apple witness must appear to testify before November 14. If Apple's motion were heard on the Court's regular briefing schedule, a hearing would not occur until after trial ended.

### I.   Introduction

Apple requests relief for one of its trial witnesses, Ms. Linda Frager. Apple has notified Pinn that Ms. Frager is not available to testify on November 10 due to international press briefings she is scheduled to give that day. However, Pinn insists that it must call Ms. Frager in its case chief on November 10, even though it concedes that it will not rest its case until at least Monday November 14. Pinn could easily accommodate Ms. Frager's conflict and call her on November 14, but it refuses to do so and has forced Apple to file this motion. Calling Ms. Frager on November 14 would not prejudice Pinn, and Pinn has not provided any reason why it must call Ms. Frager on November 10.

Pinn's behavior is reminiscent of the last trial. There, Pinn repeatedly informed Apple that it intended to call Ms. Frager in its case in chief, but never did. As a consequence, Ms. Frager, who lives and works in the Bay Area, was forced to wait at the trial site expecting that Pinn would call her to testify. After Pinn strung her along for the first week of trial, Apple ultimately called Ms. Frager in its case in chief, during the second week. It appears Pinn is again up to the same old tricks—in fact, as in the lead up to the last trial, Pinn is refusing to disclose witness order for any witness, except Ms. Frager. Pinn's insistence on calling Ms. Frager on a day she is not available strongly suggests gamesmanship by Pinn. Apple asks for relief from the subpoena served by Pinn such that Ms. Frager be allowed to testify no earlier than

*Monday, November 14*—still in Pinn's case in chief, or in Apple's case if Pinn once again does not call her.  Pinn opposes this application.

### II. Pinn's History and Subpoena to Ms. Frager Suggests It Is Gaming Her Unavailability

Linda Frager is a Senior Product Marketing Manager at Apple.  Ms. Frager managed the marketing of the accused AirPods Pro and AirPods Gen 2.  Pinn identified Ms. Frager as a "may call" witness at trial.  Dkt. No. 536 at p. 2.  Prior to the first trial, in July, Apple accepted service on Ms. Frager's behalf for a trial subpoena that required Ms. Frager to be available ***for the entire trial*** (i.e., from August 2-12).  (Exh. 1, Frager Trial Subpoena).  On the eve of trial, Pinn disclosed Ms. Frager as one of the witnesses it intended to call during the first two days of testimony.  (Exh. 2, 8/1/2022 email from Mr. Connor to TSM Keyzer and Apple counsel.)  Despite repeated requests from Apple to disclose when Pinn would call Ms. Frager, Pinn refused to do so.  Instead, Pinn strung Apple and Ms. Frager along throughout its entire case in chief, requiring Ms. Frager to be at trial, away from work and family.[1]  Pinn never called Ms. Frager.

For this trial, Pinn has again issued a subpoena to Ms. Frager requiring her to be available throughout the entire trial even though her testimony at the last trial lasted no more than 40 minutes. Apple has notified Pinn that Ms. Frager is unavailable on specific days—November 9 and 10—for international press briefings she is required to give.  (Exh. 3, 10/31/2022 email from Ms. Wheatley to Pinn counsel.)  Unwilling to accommodate Ms. Frager, Pinn has demanded that Ms. Frager testify on November 10, on one of the days she is unavailable.  (Exh. 4, 11/2/2022 email from Ms. Lee to

---

[1] Pinn did not call Ms. Frager on the first day of trial.  That evening at 9:51 PM, Pinn counsel wrote that "Frager could go tomorrow."  (Exh. 6, 8/2/2022 email from Mr. Connor to Apple counsel.)  Hours later at 3:40 AM, Pinn disclosed a different witness list for Wednesday that did not have Ms. Frager.  (Exh. 7, 8/3/2022 email from Mr. Connor to Apple Counsel.)  On Wednesday, Pinn told the Court it planned to call Ms. Frager for Thursday.  (Exh. 8, Trial Tr. Day 2 at 135:4-12.)  On Thursday August 4, counsel for Pinn informed Apple around noon: "I doubt we'll reach Ms. Frager today."  (Exh. 9, 8/4/2022 email from Mr. Skeels to Apple counsel).  Later that day, counsel for Pinn again waffled, saying "Frager will probably go after Sean Kim."  (Exh. 10, 8/4/2022 email from Mr. Skeels to Apple counsel).

Apple counsel.) Ms. Frager is available to testify on Monday, November 14 and afterward. (Exh. 3, 10/31/2022 email from Ms. Wheatley to Pinn counsel.) Apple has made that clear to Pinn in an effort to avoid this motion practice. And in fact at that point Pinn will still be in its case in chief. (Exh. 3, 10/27/2022 email from Ms. Lee to Apple counsel.) Pinn has refused to move off its position and demands that Ms. Frager appear on the 10th. Apple reluctantly seeks intervention of the Court.

### III. Allowing Ms. Frager To Testify Starting Monday, November 14 Will Not Prejudice Pinn and Will Accommodate a Reasonable Request From Ms. Frager

Apple moves under Rule 611 to request that the Court order that Ms. Frager be allowed to testify no earlier than Monday, November 14. In her role as a senior director of marketing, Ms. Frager has committed to holding world-wide press briefings from 8:00 AM-6:30 PM on November 9 and 10. These are major undertakings, and can involve Ms. Frager briefing as many as 100 other people over the course of numerous meetings that are typically 30-45 minutes in length. They are planned well in advance. They are not organized or moved at the whim of Ms. Frager. Despite notice of this unavailability, Pinn "intends to call" Ms. Frager in its case in chief on November 10 and refuses to consider any reasonable alternative offered by Apple.

Pinn has informed Apple it will not rest before Monday, November 14. One alternative is that Pinn could simply call Ms. Frager on Monday—during its case in chief and when she is available. A second alternative is that Pinn could do as it did last time, which is to cross examine Ms. Frager in Apple's case in chief. Apple has promised to call Ms. Frager in its case in chief and has offered to let Pinn exceed the scope of Apple's direct if needed. Pinn has rejected both alternatives and demands a precise appearance on November 10.

By refusing the reasonable request to accommodate Ms. Frager's schedule, Pinn has forced Apple to file this motion to prevent Pinn from needlessly stringing

Ms. Frager along and disrupting her work schedule as it did at the August trial. The requested relief would not prejudice Pinn in any way, as it would retain the flexibility of calling Ms. Frager in its case in chief or cross-examining her in Apple's case. Pinn did not call Ms. Frager at the last trial, and barely cross-examined her, so there can be no prejudice to Pinn waiting an extra day to call her this time. As noted, Pinn's refusal (or inability) to give any other witness order despite repeated requests suggests Pinn is going out of its way to inconvenience Ms. Frager.

Apple's motion is timely. Apple moved the very day it became clear that the parties could not reach an agreement on the issues. Specifically, Pinn reiterated its intent to call Ms. Frager on November 10 after Apple's third request that Pinn agree to refrain from calling her until the second week of trial. Counsel for Apple gave notice over email pursuant to L.R. 7-19 that Apple would file an *ex parte* application seeking relief on this issue. (Exh. 5, 11/2/2022 email from Ms. Wheatley to Pinn counsel). Counsel for Apple also called Ms. Jennifer Lee and Mr. Cabrach Connor to try to reach resolution. Having received no return calls, Apple filed this motion hours later.

### IV.  Conclusion

To avoid needless disruption of Ms. Frager's professional commitments, Apple respectfully requests the Court order that Ms. Frager need not appear to testify at trial before Monday November 14.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 2, 2022 | FISH & RICHARDSON P.C. |
| 3 | | |
| 4 | | By: /s/ Seth M. Sproul |
| | | Christopher S. Marchese (SBN 170239) |
| 5 | | marchese@fr.com |
| | | FISH & RICHARDSON P.C. |
| 6 | | 633 West Fifth Street, 26th Floor |
| | | Los Angeles, CA 90071 |
| 7 | | Tel: (213) 533-4240 |
| 8 | | Fax: (858) 678-5099 |
| 9 | | Juanita R. Brooks (SBN 75934) |
| | | brooks@fr.com |
| 10 | | Roger A. Denning (SBN. 228998) |
| | | denning@fr.com |
| 11 | | Seth M. Sproul (SBN 217711) |
| 12 | | sproul@fr.com |
| | | John W. Thornburgh (SBN 154627) |
| 13 | | thornburgh@fr.com |
| | | K. Nicole Williams (SBN 291900) |
| 14 | | nwilliams@fr.com |
| 15 | | FISH & RICHARDSON P.C. |
| | | 12860 El Camino Real, Suite 400 |
| 16 | | San Diego, CA 92130 |
| | | Tel: (858) 678-5070 |
| 17 | | Fax: (858) 678-5099 |
| 18 | | |
| | | Joy B. Kete *(pro hac vice)* |
| 19 | | kete@fr.com |
| | | FISH & RICHARDSON P.C. |
| 20 | | One Marina Park |
| | | Boston, MA 02210 |
| 21 | | Tel: 617-542-5070 |
| 22 | | Fax: 617-542-8906 |
| 23 | | Karrie E. Wheatley (*pro hac vice*) |
| | | wheatley@fr.com |
| 24 | | FISH & RICHARDSON P.C. |
| | | 1221 McKinney St., Suite 2800 |
| 25 | | Houston, TX 77010 |
| 26 | | |
| | | Attorneys for Defendant APPLE INC. |
| 27 | | |
| 28 | | |