DAVID KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PINN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8:19-CV-01805-DOC-JDE |
| | ) | |
| v. | ) | Hon. David O. Carter |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Defendant. | ) | **NOTICE OF TECHNICAL** |
| | ) | |
| | ) | **SPECIAL MASTER ORDER** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Pursuant to authority provided by the January 25, 2021 Second Amended Order

Appointing Technical Special Master (Dkt. No. 379) and the November 3, 2022 referral

(Dkt. 717) of Defendant Apple Inc.'s Ex Parte Motion to Prevent Pinn From Calling Linda Frager Before November 14 (Dkt. 716) to the Technical Special Master, the Technical Special Master attaches hereto the Technical Special Master Order No. TSM-17.

Dated: ___November 3, 2022___          By: _____/s/ David Keyzer_____

David Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Technical Special Master