| | |
|---|---|
| 1 | DAVID KEYZER (SB# 248585) |
| | david@keyzerlaw.com |
| 2 | LAW OFFICE OF DAVID KEYZER, P.C. |
| | 5170 Golden Foothill Parkway |
| 3 | El Dorado Hills, CA 95762 |
| | Telephone: (916) 243-5259 |
| 4 | Facsimile: (916) 404-0436 |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| 10 | PINN, INC., | ) |
| | | ) Case No. 8:19-CV-01805-DOC-JDE |
| 11 | Plaintiff, | ) Hon. David O. Carter |
| | | ) |
| 12 | v. | ) |
| | | ) **TECHNICAL SPECIAL MASTER** |
| 13 | APPLE INC., | ) |
| | | ) **ORDER No. TSM-17** |
| 14 | Defendant. | ) |
| | | ) |
| 15 | | ) |

Pursuant to authority provided by the January 25, 2021 Second Amended Order Appointing Technical Special Master (Dkt. No. 379) and the Court's referral order on November 3, 2022 (Dkt. 717), the Technical Special Master hereby SETS a hearing on Defendant Apple Inc.'s Ex Parte Motion to Prevent Pinn from Calling Linda Frager

1  Before November 14 (Dkt. 716) for **Friday, November 4, 2022, at 1:45 P.M.** Pacific
2  Time by videoconference.  Each side will have 10 minutes for oral arguments.

3      Counsel presenting oral arguments shall appear by video.  Other counsel and other
4  attendees (such as client representatives) that do not present oral arguments may attend
5  either with or without video.  Attendees shall mute their microphones when they are not
6  presenting oral arguments or are not otherwise actively participating at a particular time.

7      If the parties elect to have a Reporter transcribe the hearing, the parties shall confer
8  and select a Reporter, and the cost of reporting and of ordering transcripts shall be
9  apportioned equally between Plaintiff(s) (one half) and Defendant(s) (one half).

10      The parties shall provide the Special Master with a list of expected participants **at
11  least 30 minutes prior to the start of the hearing**.  If the parties have elected to have a
12  Reporter, then this list of expected participants shall also be provided to the Reporter.
13  This list shall be submitted by e-mail and shall indicate each name together with e-mail
14  address and status as counsel, client representative, or other relevant affiliation.

15      If the parties have elected to have a Reporter, then all counsel who present oral
16  argument shall use a **headset, earbuds, or a combination of a microphone and
17  headphones** (use of speakers is *not* acceptable).  This will help to minimize feedback,
18  room echoes, and other audio interruptions that might otherwise be a significant
19  impediment to the Reporter in producing a clear record.

20

1     In accordance with Local Rule 83-6, any audio or video recording of this hearing is

2 prohibited except for purposes allowed for by the local rule, such as by the court reporter

3 for purposes of creating a transcript of this hearing.

4     Zoom information for this hearing is as follows:

5     Webinar ID: 862 4727 1301

6     Passcode: 81901805

7     IT IS SO ORDERED.

8

9

10 Dated: November 3, 2022      By: _____

    David Keyzer

11     Technical Special Master

TECHNICAL SPECIAL MASTER ORDER No. TSM-17 - 3