1  RYAN E. HATCH
2  ryan@hatchlaw.com
   California Bar No. 235577
3  Hatch Law, PC
   13323 Washington Blvd., Ste. 100,
4  Los Angeles, CA 90066
5  Tel: (310) 279-5079/Fax: (310) 693-5328

6  DAVID A. SKEELS (admitted pro hac vice)
   dskeels@whitakerchalk.com
7  Texas Bar No. 24041925
8  Whitaker Chalk Swindle & Schwartz PLLC
   301 Commerce St., Ste. 3500, Ft. Worth, TX 76102
9  Tel: (817) 878-0500/Fax: (817) 878-0501

10
   CABRACH J. CONNOR (admitted pro hac vice)
11 cab@clands.com
   Texas Bar No. 24036390
12 Connor Lee & Shumaker PLLC
13 609 Castle Ridge Rd., Ste. 450, Austin, TX 78746
   Tel: (512) 777-1254/ Fax: (888) 387-1134
14
15 Attorneys for Plaintiff PINN, INC.

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>  Defendant. | Case No. 8:19-cv-1805-DOC-JDE<br><br>**PINN'S RESPONSE TO APPLE'S EX PARTE MOTION TO PREVENT PINN FROM CALLING LINDA FRAGER BEFORE NOVEMBER 14**<br><br>District Judge: Hon. David O. Carter<br>Magistrate Judge: John D. Early<br>Tech. Special Master: David Keyzer<br><br>Trial Date: November 8, 2022<br>Courtroom:     10A |

Apple wants to control the order that Pinn presents evidence in its case-in-chief with another last-minute request for special treatment of an Apple employee. We learned four days ago, on October 31, that Apple had committed Ms. Frager to press briefings during the first week of trial. Despite Apple and Ms. Frager knowing about the trial date since September 21, 2022, and accepting Pinn's subpoena for her to appear on November 10. Pinn will call Ms. Frager on November 10, 2022, and has so represented to Apple.

Pinn should not be forced to call Ms. Frager as one of the last witnesses in its case in chief. *See* D. Keyzer November 4, 2022, Email (given that Pinn's case in chief will likely start on Tuesday afternoon and that Apple's case-in-chief will likely start in the afternoon on the following Monday (Nov. 14)).

Ms. Frager lives and works in California. Ms. Frager served as a corporate representative during the case and testified for Apple at the first trial. Ms. Frager provided valuable testimony at the last trial for Pinn about infringement (testimony about Apple instructional materials and its website advertising of the Accused Products, Apple's decision to wait to file its patent applications) and damages (value of features enabled by the inventions).

Apple argues that it committed Ms. Frager to press briefings that are "major undertakings" but failed to inform Pinn about the briefings until four days ago. Apple does not provide the Court or Pinn any information about where the press briefings are being held, whether they are remote or in person, or why they could not be attended by one of Ms. Frager's colleagues. Apple did not submit a declaration from Ms. Frager or anyone from Apple in support of its burden. Apple's press briefings do not trump a subpoena or the due order of presentation of evidence at trial.

Pinn should not be forced to wait to present valuable infringement evidence in the last hours of its case-in-chief because Apple belatedly committed Ms. Frager to briefings on a day it knew she was under subpoena.

The parties have spent hundreds of hours litigating Apple's requests for special treatment of its witnesses, and Apple has not met its burden to show that it is an undue burden for Ms. Frager to appear on November 10, 2022.[1] *See* Fed. R. Civ. 45.

Dated:  November 4, 2022

CONNOR LEE & SHUMAKER PLLC

*/s/ Jennifer Tatum Lee*
**Ryan E. Hatch**
ryan@hatchlaw.com
California Bar No. 235577
**HATCH LAW, PC**
13323 Washington Blvd., Ste. 100
Los Angeles, CA 90066
Tel: (310) 279-5076
Fax: (310) 693-5328

**David A. Skeels** (admitted *pro hac vice*)
dskeels@whitakerchalk.com
Texas Bar No. 24041925
**WHITAKER CHALK SWINDLE & SCHWARTZ PLLC**
301 Commerce St., Ste. 3500
Ft. Worth, TX 76102
Tel:  (817) 878-0500
Fax:  (817) 878-0501

**Cabrach J. Connor** (admitted *pro hac vice*)
cab@clands.com
Texas Bar No. 24036390
Jennifer Tatum Lee (*admitted pro hac vice*)
jennifer@clands.com
Texas Bar No. 24046950
**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Rd., Ste. 450
Austin, TX 78746
Tel:  (512) 777-1254
Fax:  (888) 387-1134

Attorneys for Plaintiff PINN, INC.

---

[1] *See* Dkt. 493 at 5-6 (Terlizzi and Stiehl); Dkt. 537 at 2 (Frager); and Dkt. 548-1 at 13 (Whitt). The Court recently revoked the special accommodations for Ms. Whitt. Dkt. 710 at 2. 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 4, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Jennifer Tatum Lee
Jennifer Tatum Lee