DAVID KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC., | ) |
| | ) |
| Plaintiff, | ) Case No. 8:19-CV-01805-DOC-JDE |
| | ) |
| v. | ) Hon. David O. Carter |
| | ) |
| APPLE INC., | ) |
| | ) |
| Defendant. | ) **NOTICE OF TECHNICAL** |
| | ) |
| | ) **SPECIAL MASTER MINUTES** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Pursuant to authority provided by the January 25, 2021 Second Amended Order

Appointing Technical Special Master (Dkt. No. 379), and further pursuant to the specific

NOTICE OF TECHNICAL SPECIAL MASTER MINUTES - 1

1  referral entered by the Court on November 3, 2022 (Dkt. 717), the Technical Special

2  Master attaches hereto the Technical Special Master Minutes for the hearing conducted

3  by the Technical Special Master on November 4, 2022.

Dated:   November 4, 2022          By:     /s/ David Keyzer

David Keyzer
California Bar No. 248585
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

Technical Special Master