DAVID KEYZER (SB# 248585)
david@keyzerlaw.com
LAW OFFICE OF DAVID KEYZER, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
Telephone: (916) 243-5259
Facsimile: (916) 404-0436

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| PINN, INC., | Case No. 8:19-CV-01805-DOC-JDE |
| Plaintiff, | Hon. David O. Carter |
| v. | |
| APPLE INC., | **TECHNICAL SPECIAL MASTER** |
| Defendant. | **MINUTES** |

Pursuant to authority provided by the January 25, 2021 Second Amended Order Appointing Technical Special Master (Dkt. No. 379), and further pursuant to the specific referral entered by the Court on November 3, 2022 (Dkt. 717), the Technical Special Master conducted a hearing on November 4, 2022, by videoconference with counsel as follows:

TECHNICAL SPECIAL MASTER MINUTES - 1

| Present for Plaintiff Pinn, Inc. | Present for Defendant Apple Inc. | Reporter |
|---|---|---|
| Cabrach Connor<br>Jennifer Tatum Lee<br>David Skeels | Christopher Marchese<br>Seth Sproul<br>Juanita Brooks<br>Roger Denning | Mark McClure |

The Technical Special Master convened the hearing by videoconference at 1:48 P.M. Pacific Time on November 4, 2022, to hear oral arguments regarding Defendant Apple Inc.'s Ex Parte Motion to Prevent Pinn From Calling Linda Frager Before November 14 (Dkt. 716). Seth Sproul presented arguments on behalf of Apple. Jennifer Tatum Lee presented arguments on behalf of Pinn. The Technical Special Master took the motion under submission, discussed other trial-related issues with all counsel, and adjourned the videoconference hearing at about 3:15 P.M. Pacific Time.

Dated: November 4, 2022      By: _____
David Keyzer
Technical Special Master

TECHNICAL SPECIAL MASTER MINUTES - 2