# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINN, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>APPLE INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:19–cv–01805–DOC–JDE<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __11/6/2022__

Document No.: __723__

Title of Document:  __Application to file under seal__

**ERROR(S) WITH DOCUMENT:**

Your Application must be accompanied by: (1) a declaration; (2) a proposed order; (3) a redacted version of any documents of which only a portion is proposed to be filed under seal; and (4) an unredacted version of the documents proposed to be filed under seal. L.R. 79– 5.2.2(a)–(b) (eff. 12/1/15).

Other:

**Note:**  In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: November 8, 2022          By:  */s/ Trina DeBose  trina_debose@cacd.uscourts.gov*
                                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

