**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No: SA CV 19-01805-DOC (JDEx)          Date: November 8, 2022

Title:  PINN, INC., v. APPLE INC.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Miriam Baird |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Cabrach Connor | Chris Marchese |
| David Skeels | Seth Sproul |
| Jennifer Lee | Roger Denning |

**PROCEEDINGS:**   TRIAL (not held)

The case is called. The Court and counsel confer.

The parties inform the Court that the case has settled in it's entirety.

Pursuant to the parties' stipulation the case is DISMISSED with prejudice.

:   04
Initials of Deputy Clerk: kdu